UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALOMON E. MELGEN,

Defendant.
_____/

FILED by JMH D.C.

JUN 15 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING MOTION BY ESCROW AGENT ALAN R. CHASE, ESQUIRE FOR APPROVAL OF PAYMENT OF INVOICES

This cause came on to be heard on the Motion of Escrow Agent Alan R. Chase Esquire for Approval of Payment of Invoices. The Court, has reviewed the invoices, and is advised that Plaintiff takes no position on whether the Court should grant this motion. Accordingly, it is

ORDERED that the motion be and the same is hereby granted. The Court approves payment of the following invoices: (a) Cohen, Chase, Hoffman & Schimmel, P.A. for $7,940.30 and (b) Jami L. Huber, P.A. for $731.00. The Escrow Agent shall pay these invoices from the escrow funds.

ORDERED this 15 day of June 2016 at West Palm Beach, Florida.

James M. Hopkins
U.S. Magistrate Judge

Copies to all counsel of record