UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

v.

SALOMON E. MELGEN,

        Defendant.
_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR A NEW TRIAL DATE AND NEW PRETRIAL DEADLINES

After careful consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Motion for a New Trial Date and New Pretrial Deadlines in this cause is **GRANTED**. The trial presently scheduled for September 19, 2016 is hereby reset for the two-week trial calendar beginning **March 6, 2017**. Calendar Call is set for **March 3, 2017 at 9:00 a.m.** in West Palm Beach, Florida.

The Court further finds that the period of delay resulting from resetting the trial date shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. Furthermore, the ends of justice served by taking such action outweigh the best interest of the public and the Defendant with regard to a speedy trial.

The Court hereby sets forth the following pretrial deadlines:

1. Final date to disclose government expert witnesses and summary of testimony: **September 30, 2016**.

2. Final date to disclose defense expert witnesses and summary of testimony: **November 8, 2016**.

3. Submission of Motions in Limine and/or Daubert Motions: **November 18, 2016**.

4. Submission of Responses to Motions in Limine and/or Daubert Motions: **December 16, 2016**.

5. Submission of Replies in Support of Motions in Limine and/or Daubert Motions: **December 23, 2016**.

6. Submission of Proposed Witness Lists: **January 30, 2017**.

7. Objections to Proposed Witness Lists: **February 6, 2017**.

8. Submission of Proposed Exhibit Lists: **February 10, 2017**.

9. Objections to Proposed Exhibit Lists: **February 17, 2017**.

10. Proposed Jury Instructions: **February 21, 2017**.

The parties may request a hearing to address any Motions in Limine and any Daubert Motions which, if granted, will be scheduled by separate order.

**DONE and ORDERED** in chambers, in West Palm Beach, Florida on this 25th day of August, 2016.

KENNETH A. MARRA
United States District Judge

Copies furnished to:
All counsel of record