## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-80049-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALOMON E. MELGEN,

Defendant.

_____/

FILED by _____ D.C.

SEP 0 1 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - W.P.B.

### MOTION BY ESCROW AGENT ALAN R. CHASE, ESQUIRE FOR APPROVAL OF PAYMENT OF INVOICES

Alan R. Chase, Esquire, duly appointed Escrow Agent for the purpose of securing assets, preventing their dissipation and providing distributions to the Defendant and all co-signers of the Bond for reasonable living, medical and dental expenses, in accordance with Paragraph II F and H of this Court's July 2, 2015 Bond Order, hereby submits invoices of the following professionals for approval prior to payment: Cohen, Chase, Hoffman & Schimmel, P.A.; Petruccelli & Osher, P.A.; Rogers and Paladino; MRW Consulting Group; Lisa Hu Barquist, P.A. and Jami L. Huber, P.A. As shown in the attached invoices, the services performed by the professionals seeking payment are as follows:

(1)     Cohen, Chase, Hoffman & Schimmel,

      P.A.: <u>Amount</u>: $18,554.13

      <u>Period</u>: 7/17/16 – 8/10/16

      <u>General Description of Services</u>:

      (a)     Deal with trading account at Charles Schwab.

      (b)     Meetings and numerous telephone calls with Defendant and members of

Defendant's family regarding nature and parameters of the budget process and spending restrictions.

(c)     Phone calls and e-mails to U.S. Attorney's office regarding budget, management and disbursement issues.

(d)     Exercise control over Vitreo-Retinal Consultants of the Palm Beaches, Inc. ("VRC") including receiving and authorizing payments to vendors, dealing with vendors, field questions from VRC staff.

(e)     Work with accountant on various federal and state tax issues, including IRS audit, tax status of entities; analysis of projected tax liability of Defendant and Defendant's spouse and planning appropriate tax strategies.

(f)     Assist Jami Huber, Esq., probate attorney in connection with the Court ordered probate proceeding.

(g)     Assist in negotiations for the sale of West Palm Beach office building.

(h)     Assist in IRS matters.

(2)     Professional: Petruccelli & Osher, P.A.

Amount: $2,432.29

Period: 7/1/16 – 7/31/16

General Description of Services: Defend VRC in malpractice actions brought against VRC.

(3)     Professional: Rogers & Paladino, P.A.

Amount: $2,350.00

Period: 7/1/16 – 7/31/16

CASE NO. 15-80049-CR-MARRA

General Description of Services:  Represent Flor Melgen in IRS matter.

NOTE: Pursuant to the order of the Court, Escrow Agent paid Rogers, Dempsey and Paladino, a $20,000 retainer. This retainer will be applied against this invoice leaving a balance of $7,100.00 in the retainer.

(4)    Professional: MRW Consulting Group

Amount: $16,900.00
          ( 6,900.00)  Agreed Upon Reduction
          $10,000.00

Period:  6/1/16 – 7/31/16

General Description of Services:

(a)    VRC -  Accounting.

(b)    SFM Holdings, Ltd. - Accounting and tax analysis, and deal with IRS audit.

(c)    Preparation of 9 tax returns.

(5)    Professional: Lisa Hu Barquist, P.A.

Amount:  $6,725.63

Period:  5/4/16 – 8/11/16

General Description of Services:  Represent VRC employees in connection with government investigation.

(6)    Professional: Jami L. Huber, P.A.

Amount: $2,751.17

Period:  6/1/16 – 6/30/16

General Description of Services:    Miscellaneous services in connection with probate proceeding

3

CASE NO. 15-80049-CR-MARRA

## CERTIFICATION

Having reviewed the invoices in question, and being personally familiar with the services performed, the Escrow Agent hereby requests that the invoices be approved for payment.

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Southern District of Florida Local Rule 88.9, counsel previously conferred in a good faith effort to resolve the issues raised in the motion. The Plaintiff previously advised that it would take no position on the payment of the invoices, or the granting of this motion.

COHEN, CHASE, HOFFMAN &
SCHIMMEL, P.A.
9400 S. Dadeland Boulevard
Dadeland Towers-Suite 600
Miami, Florida 33156
Tel: (305) 670-0201
Fax: (305) 670-6152
Email:  alan@miamitaxlaw.com
Secondary email:
service@miamitaxlaw.com

By:  /s/ Alan R. Chase
     Alan R. Chase
     Fla. Bar No. 205478

4

CASE NO. 15-80049-CR-MARRA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was duly filed by mail with the Clerk of the Court, United States District Court for the Southern District of Florida and served by email on all parties on the service list below this 30th day of August, 2016.

### SERVICE LIST

| | |
|---|---|
| **Carolyn Bell**<br>United States Attorney's Office<br>500 South Australian Avenue, Suite 400<br>West Palm Beach, FL 33401<br>Carolyn.Bell@usdoj.gov | **Murad Hussain**<br>Arnold & Porter LLP<br>555 12th Street NW<br>Washington, DC 20004<br>murad.hussain@aporter.com |
| **Alexandra Chase**<br>U.S. Attorney's Office<br>500 South Australian Avenue, Suite 400<br>West Palm Beach, FL 33401<br>alexandra.chase@usdoj.gov | **Roger Harris Stefin**<br>United States Attorney's Office<br>500 Australian Avenue, 4th Floor<br>West Palm Beach, FL 33401<br>roger.stefin@usdoj.gov |
| **Michael Bruce Chavies**<br>Akerman Senterfitt<br>Suntrust International Center<br>1 SE 3rd Avenue, 28th Floor<br>Miami, FL 33131-1714<br>michael.chavies@akerman.com | **Matthew I. Menchel**<br>Kobre & Kim, LLP<br>2 South Biscayne Boulevard, 35th Floor<br>Miami, FL 33131<br>matthew.menchel@kobrekim.com |
| **Kirk Ogrosky**<br>Arnold & Porter, LLP<br>555 12th Street, NW<br>Washington, DC 20004<br>Kirk.Ogrosky@aporter.com | |

   _/s/ Alan R. Chase_
Alan R. Chase
Cohen, Chase, Hoffman & Schimmel, P.A.



From **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| Invoice ID | **3198** | | | |
|---|---|---|---|---|
| PO Number | SMF Holding II | | | |
| Issue Date | 08/17/2016 | | | |
| Due Date | **08/17/2016 (upon receipt)** | | | |
| Subject | Consulting Services for Billing Period Ending 7/31/2016 | | | |

Invoice For  **Dr. Salomon Melgen**
2521 Metro Centre Blvd.
West Palm Beach, FL 33407

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | SMF Holding II - 06/03/2016 - Analysis of Records and Documents / Debbie Phillips: Review documents provided by Luis, property sales research in PB county and St. Lucie County records, reviewed ledger provided, input return and discussed with Luis. Will enter adj.s per Luis in QB Monday, finalize return and draft Word document on what is needed to complete return | 3.00 | $200.00 | **$600.00** |
| Consulting Services | SMF Holding II - 06/06/2016 - Accounting Quick Book preparation/Entry / Debbie Phillips: Entered Quick Books for Attorney Client Trust ledger, completed tax return and compiled Word document of information needed. | 4.00 | $200.00 | **$800.00** |
| Consulting Services | SMF Holding II - 06/27/2016 - Tax Return Analysis and Review / Luis O Rivera: Melgen SFM, SFM II and LUAL Invest returns and personal return; calculation of NOL and cross referenced with QB and source documents. Reviewed various source documents determined missing documents. Sent DRM Op agreement to attorney. | 1.50 | $250.00 | **$375.00** |
| Consulting Services | SMF Holding II - 06/28/2016 - Audit/Collection Issues / Luis O Rivera: Completed TMP form and sent to attorney | 0.50 | $250.00 | **$125.00** |
| Consulting Services | SMF Holding II - 07/07/2016 - Tax return preparation / Debbie Phillips: Reviewed information provided and input into return and updated Quick Books | 3.00 | $200.00 | **$600.00** |
| Consulting Services | SMF Holding II - 07/11/2016 - Tax Return Analysis and Review / Luis O Rivera: Worked on tax return and item reconciliation | 0.50 | $250.00 | **$125.00** |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | SMF Holding II - 07/15/2016 - Tax return preparation / Debbie Phillips: Revised QB and return for additional information | 3.00 | $200.00 | $600.00 |
| Consulting Services | SMF Holding II - 07/15/2016 - Tax Return Analysis and Review / Luis O Rivera: Worked on SFM II return on reconciliation of sale of building and appropriate tax treatment. Research on leasehold improvements treatment for tax return and email to attorneys. | 2.00 | $250.00 | $500.00 |

**Amount Due**          **$3,725.00**



From **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| | | | Invoice For | **Dr. Salomon Melgen** |
|---|---|---|---|---|

Invoice ID    **3194**

PO Number    Melgen-SFM Holding Ltd

Issue Date    08/17/2016

Due Date    08/17/2016 (upon receipt)

Subject    Consulting Services for Billing Period Ending
7/31/2016

Invoice For **Dr. Salomon Melgen**
2521 Metro Centre Blvd.
West Palm Beach, FL 33407

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-SFM Holding Ltd - 07/15/2016 - Tax return preparation / Debbie Phillips: Revised tax return for sale and abandonment of equipment | 3.50 | $200.00 | **$700.00** |
| Courtesy Discount | Courtesy Discount | 1.00 | -$150.00 | **-$150.00** |

**Amount Due**    **$550.00**



From **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| | | | |
|---|---|---|---|
| Invoice ID | **3153** | Invoice For | **Dr. Salomon Melgen** |
| PO Number | Melgen-VRC | | 2521 Metro Centre Blvd. |
| Issue Date | 07/13/2016 | | West Palm Beach, FL 33407 |
| Due Date | 07/13/2016 (upon receipt) | | |
| Subject | Consulting Services for Billing Period Ending 6/30/2016 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-VRC - 06/03/2016 - Analysis of Records and Documents / Debbie Phillips: Reviewed 2014 return and Quick Books for 2015 for VCR, Lulal Investments LLC. Created 2015 Lual tax return and input information received to date. | 2.00 | $200.00 | **$400.00** |
| Consulting Services | Melgen-VRC - 06/03/2016 - Bookkeeping / Kerrian Osbourne: Balance sheet closing entries for years 2011 - 2014. | 4.00 | $0.00 | **$0.00** |
| Consulting Services | Melgen-VRC - 06/13/2016 - Bookkeeping / Kerrian Osbourne: Update Quickbooks with April and May banking transactions | 0.50 | $0.00 | **$0.00** |
| Consulting Services | Melgen-VRC - 06/13/2016 - Tax Return Analysis and Review / Luis O Rivera: Conference call with Attorney A. Chase regarding VRC receivables and payables and other account matters.a. Split the AMEX in QBs for input into tax return. Work on legal fees including correcting the entry for Chase, Cohen, Schimmell trecord legal fees for VRC and SFM. | 1.50 | $250.00 | **$375.00** |
| Consulting Services | Melgen-VRC - 06/14/2016 - Analysis of Records and Documents / Kerrian Osbourne: American Express - Analysis of American Express expenses for 2015. Reclassify and allocate American Express payments. Make adjusting journal entries to Quickbooks. Legal fees - Analysis of 2015 Legal fees. Assessment of deductible and non-deductible legal fees, make corresponding adjustments. Make adjusting journal entries to Quickbooks. Update tax return with adjusted Income Statement transactions. | 7.25 | $0.00 | **$0.00** |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-VRC - 06/15/2016 - Tax Return Analysis and Review / Luis O Rivera: reviewed changes to accounts based on information on file. revised Attorney and accounting fees. | 1.00 | $250.00 | $250.00 |
| Consulting Services | Melgen-VRC - 06/20/2016 - Tax Return Analysis and Review / Luis O Rivera: Review of VRCs P&L and gathering of documents for Legal exp. Acct expenses, AMEX and other expenses. Prepared W/P for VRC return items. Reviewed files for audit matters dating back to 2012 and created a summary of 2012 audit issues for Attorney Paladino; emailed to Attorney with results. Distribution acct and other accounts closed in QBs for prior years. | 3.00 | $250.00 | $750.00 |
| Consulting Services | Melgen-VRC - 06/21/2016 - Tax Return Analysis and Review / Luis O Rivera: Review of all VRC accounts and W/P inputs into tax return draft. Went over QB entries and documents provided by attorney regarding VRC checks issued from other accounts and trust account. review Trust account for expenses. | 6.00 | $250.00 | $1,500.00 |
| Consulting Services | Melgen-VRC - 06/24/2016 - Analysis of Records and Documents / Daniel Ruggiero: Bank account analysis to agree to QuickBooks. | 1.00 | $200.00 | $200.00 |
| Consulting Services | Melgen-VRC - 06/27/2016 - Tax Return Analysis and Review / Luis O Rivera: Completed first draft of 2015 tax return and sent to attorney for initial review. Sent La Vox for review also | 0.50 | $250.00 | $125.00 |

**Amount Due**   **$3,600.00**



| From | **MRW Consulting Group, LLP** |
|---|---|
| | 320 Davie Boulevard |
| | Fort Lauderdale, Florida 33315 |
| | Ph. (954) 523-8001 |
| | Fax (954) 523-8013 |

| Invoice ID | **3195** | Invoice For | **Dr. Salomon Melgen** |
|---|---|---|---|
| PO Number | Melgen-VRC | | 2521 Metro Centre Blvd. |
| Issue Date | 08/17/2016 | | West Palm Beach, FL 33407 |
| Due Date | 08/17/2016 (upon receipt) | | |
| Subject | Consulting Services for Billing Period Ending 7/31/2016 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-VRC - 07/06/2016 - Tax return preparation / Debbie Phillips: Input tax return and Quick Books | 5.00 | $200.00 | **$1,000.00** |
| Consulting Services | Melgen-VRC - 07/07/2016 - Tax return preparation / Debbie Phillips: Updated Quick Books and Tax return for additional information provided | 2.00 | $200.00 | **$400.00** |
| Consulting Services | Melgen-VRC - 07/11/2016 - Tax Return Analysis and Review / Luis O Rivera: worked on tax returns and item reconciliation. received various documents from attorney based on prior Friday's discussion of pending items and other tax matters | 1.50 | $250.00 | **$375.00** |
| Consulting Services | Melgen-VRC - 07/12/2016 - Tax Return Analysis and Review / Luis O Rivera: Worked with staff on sale of assets and reconciliation of reportable items. Requested information from E. Rdgz | 0.50 | $250.00 | **$125.00** |
| Consulting Services | Melgen-VRC - 07/15/2016 - Tax Return Analysis and Review / Luis O Rivera: Emailed client with request for information on sale of VRC assets. Reviewed tax return in progress | 0.50 | $250.00 | **$125.00** |
| Consulting Services | Melgen-VRC - 07/18/2016 - Tax Return Analysis and Review / Debbie Phillips: Completed tax return and Quick book entries for the Sale if the equipment and abandonment of leasehold improvements, This return can be complete to file when the vehicle info is obtained | 1.00 | $200.00 | **$200.00** |
| Consulting Services | Melgen-VRC - 07/18/2016 - Tax Return Analysis and Review / Luis O Rivera: Worked on Leasehold improvement deduction issues. Email with Attorney on discussing the matters | 0.50 | $250.00 | **$125.00** |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-VRC - 07/21/2016 - Tax Return Analysis and Review / Debbie Phillips: Calculated gain on sale of vehicles, computed depreciation up to sale, input sale and gain on of vehicles on QB. Input sales information on tax return for sale of vehicles, Calculated COD income. Researched reporting on S Corp and COD income. Input on tax return and reconciled tax return to QB. Prepared workpapers for reconciliation of BS liabilities and equity from QB to return. Prepared workpapers on eq and vehicle sales and reporting on tax return as reconciled to QB. | 5.50 | $200.00 | $1,100.00 |
| Consulting Services | Melgen-VRC - 07/26/2016 - Tax Return Analysis and Review / Debbie Phillips: Reviewed additional information from attorney on vehicle sales deposits, Traced into fee income, reviewed QB entries and tax return for proper treatment | 1.50 | $200.00 | $300.00 |
| Courtesy Discount | Courtesy Discount | 1.00 | -$300.00 | -$300.00 |

**Amount Due**     **$3,450.00**



From **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| | | | |
|---|---|---|---|
| Invoice ID | **3196** | Invoice For | **Dr. Salomon Melgen** |
| PO Number | SFM Holdings One, LLLP | | 2521 Metro Centre Blvd. |
| Issue Date | 08/17/2016 | | West Palm Beach, FL 33407 |
| Due Date | 08/17/2016 (upon receipt) | | |
| Subject | Consulting Services for Billing Period Ending 7/31/2016 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | SFM Holdings One, LLLP - 07/07/2016 - Meetings & Conferences / Luis O Rivera: Call IRS auditor Re; TMP form and submission | 0.50 | $250.00 | **$125.00** |
| Consulting Services | SFM Holdings One, LLLP - 07/08/2016 - Meetings & Conferences / Luis O Rivera: Conference call with attorney regarding entity matters | 0.50 | $250.00 | **$125.00** |
| Consulting Services | SFM Holdings One, LLLP - 07/11/2016 - Tax Return Analysis and Review / Luis O Rivera: work on tax return and t=item reconciliation | 0.50 | $250.00 | **$125.00** |
| Consulting Services | SFM Holdings One, LLLP - 07/15/2016 - Tax return preparation / Debbie Phillips: Updated tax return as it is not final and updated quick books to remove close out entries and replace with ending balance sheet assets | 2.00 | $200.00 | **$400.00** |
| Consulting Services | SFM Holdings One, LLLP - 07/15/2016 - Record review and analysis / Luis O Rivera: Reviewed K-1 and emailed attorney requesting additional information. Went over records to trace potential distribution outlined in the K-1. | 1.00 | $250.00 | **$250.00** |

**Amount Due**     **$1,025.00**

# JAMI L. HUBER, P.A.

*500 South Australian Avenue*
*Suite 500*
*West Palm Beach, FL 33401*
561-283-4770

## CONFIDENTIAL and PRIVILEGED

Cohen, Chase et al Joseph Schimmel
Cohen Chase Hoffman & Schimmel
9400 South Dadeland Blvd., Ste. 600
Miami, FL 33156-2841

| | |
|---|---|
| Statement Date: | July 24, 2016 |
| Statement No. | 1625 |
| Account No. | 8062.01 |
| | Page: 1 |

RE: Agreement re Melgen Family Irrevocable Trust

**Payments received after 07/24/2016 are not included on this statement.**

| | Previous Balance | | | | $4,654.72 |
|---|---|---|---|---|---|

### Fees

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/2016 | PL | Reviewed and journaled e-mail from Carolyn Bell advising no objection and requesting we file the agreed orders this week and request expedited review and entry of the orders. | 140.00 | 0.10 | 14.00 |
| 06/02/2016 | JLH | Prepared revisions to Order; circulated to counsel and contacted court and counsel re same; reviewed email from counsel; Telephone conference with counsel; Telephone conference with ad litem | 375.00 | 1.10 | 412.50 |
| | JLH | Prepared detailed email to counsel re communications and setting hearing; telephone conference with B O'Connell, left message | 375.00 | 0.30 | 112.50 |
| | JLH | Prepared email to all counsel | 375.00 | 0.20 | 75.00 |
| | JLH | Reviewed emails from counsel; telephone conference with Z Rothman; prepared email to counsel; Prepared revisions to Orders; Reviewed draft trust agreement and circulated same | 375.00 | 0.50 | 187.50 |
| | JLH | Prepared email to counsel re draft Trust· and new provision to proposed Orders. | 375.00 | 0.30 | 112.50 |
| 06/06/2016 | JLH | Reviewed email from counsel re form of Orders and prepared responsive email | 375.00 | 0.20 | 75.00 |
| 06/09/2016 | PL | T/C with JA for Judge Keyser regarding Agreed Order for execution. | 140.00 | 0.10 | 14.00 |
| | PL | Revisions to three Agreed Orders. | 140.00 | 0.30 | 42.00 |
| 06/10/2016 | PL | Preparation of letter to Judge Keyser with Agreed Orders. | 140.00 | 0.40 | 56.00 |
| 06/17/2016 | PL | Reviewed and journaled three (3) Agreed Orders entered by Judge Keyser on 6/14/16. Sent to clients and all counsel. | 140.00 | 0.30 | 42.00 |

Cohen, Chase et al Joseph Schimmel         Statement Date: 07/24/2016
Account No.     8062.01                    Statement No.     1625
RE: Agreement re Melgen Family Irrevo              Page No.       2

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | JLH | Reviewed executed Orders by Judge and directed paralegal re same | 375.00 | 0.30 | 112.50 |
| 06/20/2016 | PL | Sent e-mail to Mr. Menchel advising of delivery failure to Mr. Fasano's e-mail address. | 140.00 | 0.10 | 14.00 |
| 06/21/2016 | PL | Reviewed, journaled and responded to Mr. Fasano regarding addition of Mr. Sheptow and removal of Mr. Fasano from his firm's contacts. |  | 0.20 | n/c |
| 06/24/2016 | PL | Reviewed and journaled e-mail from Mr. Chase requesting billing for 4/1/16 -5/31/16. |  | 0.10 | n/c |
| 06/27/2016 | JLH | Reviewed email from counsel; Telephone conference with Z Rothman; Sent additional copy of trust to ad litem; sent email to counsel; followed up with C bell | 375.00 | 0.50 | 187.50 |
| 06/28/2016 | JLH | Conferred with Z Rothman; Telephone conference with R Stefin (left message); sent follow up email to R Stefin | 375.00 | 0.40 | 150.00 |
| 06/29/2016 | JLH | Prepared email to Z Rothman; Telephone conference with R Steffin; prepared email to counsel | 375.00 | 0.40 | 150.00 |
| 06/30/2016 | JLH | Telephone conference with Z Rothman; Prepared email to counsel; Telephone conference with A Chase | 375.00 | 0.40 | 150.00 |
|  | JLH | Traveled to and met with Melgens to execute Trust document | 375.00 | 1.30 | 487.50 |
|  | PL | Reviewed, journaled and responded to Mr. Chase regarding execution of the documents with the client. | 140.00 | 0.20 | 28.00 |
|  | PL | T/C with Mr. Chase and  Dr. Melgen regarding execution of documents. |  | 0.20 | n/c |
|  | JLH | Reviewed emails from counsel and prepared response; Prepared email re execution | 375.00 | 0.20 | 75.00 |
|  | JLH | Reviewed email to counsel and directed Fed Ex |  | 0.20 | n/c |
|  | PL | Went to client's home to execute Melgen Grandchildren Irrevocable Trust Agreement. | 140.00 | 1.30 | 182.00 |
|  | PL | Reviewed and journaled executed Melgen Grandchildren Irrevocable Trust Agreement. Sent to client via FedEx and sent e-mail to clients advising same. | 140.00 | 0.30 | 42.00 |
|  | PL | T/C to Mr. Chase and Mr. Schimmel re instructions for sending executed documents. |  | 0.10 | n/c |
|  |  | For Current Services Rendered |  | 9.20 | 2,721.50 |
|  |  | Total Non-billable Hours |  | 0.80 |  |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Jami L. Huber, Esq. | JLH | 6.10 | $375.00 | $2,287.50 |
| Paralegal | PL | 3.10 | 140.00 | 434.00 |

Cohen, Chase et al Joseph Schimmel
Account No.       8062.01
RE:  Agreement re Melgen Family Irrevo

Statement Date: 07/24/2016
Statement No.        1625
Page No.                3

### Expenses

| | | |
|---|---|---:|
| 06/09/2016 | Postage - Sent Letter to Court with three Agreed Orders and 6 prepaid return envelopes | 11.10 |
| 06/30/2016 | Postage - FedEx shipment to Mr. Chase with executed copy of Melgen Grandchildren Irrevocable Trust Agreement. | 18.57 |
| | Total Expenses | 29.67 |
| | Total Current Work | 2,751.17 |

### Payments

| | | |
|---|---|---:|
| 06/27/2016 | Payment | -731.00 |
| 07/19/2016 | Payment | -3,923.72 |
| | Total Payments | -4,654.72 |
| | Balance Due | $2,751.17 |

### Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 33,572.50 | 228.28 | 1,324.09 | 0.00 | 32,373.70 |

### Your Trust Account balance is

| | |
|---|---:|
| Opening Balance | $167.00 |
| Closing Balance | $167.00 |

| | |
|---|---:|
| Please Remit | $2,751.17 |

**Save time and earn points by paying with a credit card!  We now accept American Express, Visa, MasterCard and Discover.**

**PLEASE NOTE OUR NEW ADDRESS: 500 South Australian Ave., Suite 500, West Palm Beach, FL 33401.**

**Cohen, Chase, Hoffman & Schimmel, P.A.**
9400 South Dadeland Boulevard, Suite 600
Miami, Florida 33156
(305) 670-0201
EIN: 59-1423692

August 10, 2016

Melgen Family Escrow
12096 Captain's Landing
North Palm Beach, Florida 33408-7403

| Matter | Description | Fees | Disbs | Total |
|--------|-------------|------|-------|-------|
| 5063-1 | Melgen Family Escrow | 0.00 | 52.57 | 52.57 |
| 5063-2 | VRC, P.A. | 1,213.00 | 52.70 | 1,265.70 |
| 5063-3 | SFM Holdings Two, LLLP | 1,040.00 | 13.32 | 1,053.32 |
| 5063-5 | 401 (k) Plan | 880.00 | 0.00 | 880.00 |
| 5063-9 | Litigation | 560.00 | 0.00 | 560.00 |
| 5063-12 | IRS | 6,040.00 | 0.00 | 6,040.00 |
| 5063-13 | Appearance Bonds | 4,880.00 | 14.54 | 4,894.54 |
| 5063-20 | Probate Proceedings | 2,498.00 | 0.00 | 2,498.00 |
| 5063-21 | Lual Investments, LLC | 560.00 | 0.00 | 560.00 |
| 5063-23 | Motions - Professional Fees | 740.00 | 0.00 | 740.00 |
| | Totals: | $18,411.00 | $133.13 | $18,544.13 |

Melgen Family Escrow

August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

Attention:

| | |
|---|---|
| File #: | 5063-1 |
| Inv #: | Sample |

RE:     Melgen Family Escrow

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| Jul-18-16 | Federal Express | 16.88 | |
| | Federal Express | 14.39 | |
| Jul-20-16 | Pacer Service Center - Access to Federal Court Records | 21.30 | |
| | Totals | $52.57 | $0.00 |
| | **Total Fees & Disbursements** | | **$52.57** |
| | Previous Balance | | $562.00 |
| | Previous Payments | | $562.00 |
| | **Balance Due Now** | | **$52.57** |
| | **AMOUNT QUOTED:** | | **$0.00** |

Melgen Family Escrow

August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

Attention:

| | |
|---|---|
| File #: | 5063-2 |
| Inv #: | Sample |

RE:      VRC, P.A.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-18-16 | Preparation of Deposit | 0.20 | 36.00 | MK |
| Jul-19-16 | Review Revised BAA from Arnold & Porter; E-mail to Iron Mountain (2); E-mail to Nancy Perkins, Esq. | 0.80 | 320.00 | ARC |
| | Telephone Call to Bonnie; E-mail and Telephone Call to Eddie | 0.50 | 200.00 | ARC |
| Jul-20-16 | Review E-mail from Nancy Perkins; Telephone Call and E-mail to Iron Mountain; Telephone Call to Bonnie | 0.80 | 320.00 | ARC |
| Jul-25-16 | Preparation of Deposit | 0.20 | 36.00 | MK |
| Jul-26-16 | Prepare Deposit | 0.20 | 25.00 | MK |
| Jul-27-16 | Telephone Call to Bonnie re: Iron Mountain Storage | 0.20 | 80.00 | ARC |
| Jul-29-16 | Preparation of Deposit | 0.20 | 36.00 | MK |
| Aug-03-16 | Process Payments | 0.40 | 160.00 | ARC |
| | Totals | 3.50 | $1,213.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Alan R. Chase | 2.70 | $400.00 | $1,080.00 |
| Mary W. Kurlansik | 0.80 | $166.25 | $133.00 |

Invoice #: Sample                    Page   2                         August 10, 2016

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| Jul-18-16 | Federal Express | 17.04 | |
| Jul-31-16 | Federal Express | 18.62 | |
| | Federal Express | 17.04 | |
| | Totals | $52.70 | $0.00 |
| | **Total Fees & Disbursements** | | **$1,265.70** |
| | Previous Balance | | $1,244.88 |
| | Previous Payments | | $1,244.88 |
| | **Balance Due Now** | | **$1,265.70** |
| | **AMOUNT QUOTED:** | | **$0.00** |

Invoice #: Sample                          Page   2                          August 10, 2016

| | |
|---|---|
| **Total Fees & Disbursements** | **$1,053.32** |
| Previous Balance | $240.00 |
| Previous Payments | $240.00 |
| **Balance Due Now** | **$1,053.32** |
| **AMOUNT QUOTED:** | **$0.00** |

**Melgen Family Escrow**                                                                          August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

File #:        5063-5
Attention:                                                                    Inv #:        Sample

RE:        401 (k) Plan

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-20-16 | Review E-mails from T.Rowe Price; Telephone Call to Bonnie re: 5500; Telephone Call to T.Rowe Price re: Termination | 0.90 | 360.00 | ARC |
| Jul-22-16 | Review Form 550-SP; E-mail to Bonnie; Telephone Call to T.Rowe Price | 0.80 | 320.00 | ARC |
| Jul-25-16 | E-mail to Bonnie re: SAR's | 0.20 | 80.00 | ARC |
| Jul-27-16 | Review SAR; E-mail to Bonnie | 0.30 | 120.00 | ARC |
| | Totals | 2.20 | $880.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Alan R. Chase | 2.20 | $400.00 | $880.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$880.00** |
| Previous Balance | $1,016.56 |
| Previous Payments | $1,016.56 |
| **Balance Due Now** | **$880.00** |
| **AMOUNT QUOTED:** | **$0.00** |

Melgen Family Escrow                                      August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

|                | | File #: | 5063-9 |
| Attention:     | | Inv  #: | Sample |

RE:      Litigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-19-16 | Telephone Call and E-mail to Victor Garcia, Esq. - Attorney for Schein | 0.20 | 80.00 | ARC |
| Jul-21-16 | Telephone Call to Victor Garcia, Esq.; E-mail from and to Robert Sondak | 0.30 | 120.00 | ARC |
| Jul-25-16 | Conference with Robert Sondak re: Schein | 0.20 | 80.00 | ARC |
|  | E-mail and Telephone Call with Alan R. Chase re: Consequences of Notice of Trust Defending New Lawsuit | 0.50 | 200.00 | RS |
| Jul-28-16 | Review and Respond to E-mail from Michael Petruccelli; E-mail to Sal re: Schein Case | 0.20 | 80.00 | ARC |
| | Totals | 1.40 | $560.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|--------|-------|----------------|--------|
| Alan R. Chase | 0.90 | $400.00 | $360.00 |
| Robert Sondak | 0.50 | $400.00 | $200.00 |

Invoice #: Sample                    Page   2                    August 10, 2016

|                              |          |
| ---------------------------- | -------- |
| **Total Fees & Disbursements** | **$560.00** |
| Previous Balance             | $720.00  |
| Previous Payments            | $720.00  |
| **Balance Due Now**          | **$560.00** |
| **AMOUNT QUOTED:**           | **$0.00** |

Melgen Family Escrow                                                    August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

|                      | File #: | 5063-12 |
| Attention:           | Inv #:  | Sample  |

RE:     IRS

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-15-16 | Memorandums with Alan R. Chase and Luis Rivero re: VRC Leasehold Improvements, COD Income | 0.80 | 320.00 | JS |
| Jul-18-16 | Review VRC Loan Repayment and Tax Return for PSL Office Sale for Tax Consequences; E-mail and Conference Call with Joseph Schimmel | 1.10 | 440.00 | ARC |
|  | Memorandums and Conference with Alan R. Chase and Luis Rivera re: Leasehold; Research | 1.40 | 560.00 | JS |
| Jul-19-16 | Conference with Alan R. Chase re: COD Income Issues; Memorandums with Luis Rivera; Review Loan | 0.50 | 200.00 | JS |
| Jul-21-16 | Research Withdrawing Requirement on Profit Sharing Distributions; E-mail to Sal | 0.60 | 240.00 | ARC |
| Jul-24-16 | Trace Deposits of Auto Sale Proceeds to VRC Bank Account; E-mail to Luis | 0.60 | 240.00 | ARC |
|  | Review Paladino Letter | 0.80 | 320.00 | ARC |
| Aug-02-16 | Telephone Call to Luis re: K-1's from 2015, NOL from 2015; E-mail to Luis and Joe; Telephone Call from Sal | 0.80 | 320.00 | ARC |
|  | Review Letter from Richard Paladino | 0.20 | 80.00 | JS |
| Aug-03-16 | Review Drafts of Tax Returns for All Entities and 1040; Conference with Joseph Schimmel | 1.80 | 720.00 | ARC |
|  | Review 2015 Form 1040; Review 2013 Form 1040 X; Review NOL and AMT Credit Rules; Telephone Call to Luis Rivera | 1.60 | 640.00 | JS |

Invoice #: Sample                     Page   2                        August 10, 2016

| | | | | |
|---|---|---|---|---|
| Aug-04-16 | Telephone Call to Luis re: Entities 2015 Tax Returns | 1.50 | 600.00 | ARC |
| | Telephone Call with Alan R. Chase and Luis Rivera re: AMT Credit; Conference with Alan R. Chase re: Net Tax Liability, Tracing Income from Disposition of Airplane | 0.70 | 280.00 | JS |
| Aug-06-16 | Research Section 108 Issue; E-mail Information to Luis; Conference with Joseph Schimmel | 2.00 | 800.00 | ARC |
| Aug-09-16 | Telephone Call to Luis; Review Research from Luis re: COD | 0.70 | 280.00 | ARC |
| | Totals | 15.10 | $6,040.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Alan R. Chase | 9.90 | $400.00 | $3,960.00 |
| Joseph Schimmel | 5.20 | $400.00 | $2,080.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$6,040.00** |
| Previous Balance | $3,320.00 |
| Previous Payments | $3,320.00 |
| **Balance Due Now** | **$6,040.00** |
| **AMOUNT QUOTED:** | **$0.00** |

Melgen Family Escrow                                            August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

|                  |            |
|------------------|------------|
| File #:          | 5063-13    |
| Inv #:           | Sample     |

Attention:

RE:        Appearance Bonds

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-18-16 | E-mail to Sal re: Transfer of Funds from Family Schwab Account to Family Escrow Trust Account | 0.20 | 80.00 | ARC |
| Jul-19-16 | E-mail to Matt Menchel re: Separate Motion; Telephone Call to Mike Petruccelli's Office; Review and Revise Draft of 10th Motion | 0.70 | 280.00 | ARC |
| Jul-20-16 | Telephone Call to OJ O'Brien; Draft Letter to Greg Perlin @ OJ O'Brien | 0.70 | 280.00 | ARC |
|  | Telephone Call from Sal re: Disbursements | 0.20 | 80.00 | ARC |
| Jul-24-16 | Review and Respond to E-mail from Matt Menchel; Review Matt's Motion for Additional Release | 0.70 | 280.00 | ARC |
| Jul-25-16 | Analysis of Legal fees Paid to Date for Hearing | 1.00 | 400.00 | ARC |
|  | Conference Call with Matt Menchel, Kirk, Josh and Andy; Review Government's Response to Motion Draft Response to Government | 1.20 | 480.00 | ARC |
| Jul-26-16 | Attend Hearing on Motion to Pay Additional Retainer to Defense Counsel | 4.00 | 1,600.00 | ARC |
| Jul-27-16 | E-mail to Andrew Laurie | 0.20 | 80.00 | ARC |
|  | Telephone Call from Eddie; Telephone Call to Matt Murphy; Telephone Call to Central Park Group; E-mail to Central Park Group | 0.90 | 360.00 | ARC |
| Jul-28-16 | Draft Letter for Sal and Flor to Central Park Gray, LLC | 0.30 | 120.00 | ARC |

Invoice #: Sample                     Page   2                              August 10, 2016

| Aug-02-16 | Formal Authorization Letter to Park Gray, Limited Liability Company;  E-mail Form to Central Park Gray, Limited Liability Company; Review Offering Memorandum | 0.90 | 360.00 | ARC |
| Aug-06-16 | Telephone Call from Matt Menchel | 0.50 | 200.00 | ARC |
| Aug-09-16 | Assemble and send Carolyn Monthly Activity Reports | 0.70 | 280.00 | ARC |
| | Totals | 12.20 | $4,880.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Alan R. Chase | 12.20 | $400.00 | $4,880.00 |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|---|---|---|---|
| Aug-08-16 | Federal Express | 14.54 | |
| | Totals | $14.54 | $0.00 |
| | **Total Fees & Disbursements** | | $4,894.54 |
| | Previous Balance | | $1,040.00 |
| | Previous Payments | | $1,040.00 |
| | **Balance Due Now** | | $4,894.54 |

**AMOUNT QUOTED:**                                         $0.00

Melgen Family Escrow                                          August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

|                    | File #: | 5063-20 |
| Attention:         | Inv #:  | Sample  |

RE:      Probate Proceedings

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-01-16 | Memorandums from Alan R. Chase; Check IRS Website; Memorandum to Alan R. Chase | 0.20 | 36.00 | MK |
| Jul-05-16 | Obtain Employer Identification Number for Grandchildren Trust | 0.30 | 54.00 | MK |
| Jul-18-16 | Telephone Call from Steve Goldin re: Status of Application; Conference with Mary Kurlansik | 0.40 | 160.00 | ARC |
|  | Review and Execute Life Insurance Application; Telephone Call to Insurance Agency; E-mail to Melissa | 0.80 | 320.00 | ARC |
|  | Memorandums to and from City National re: New Account | 0.30 | 54.00 | MK |
| Jul-19-16 | Review and Execute City National Account Application for Grandchildren Trust; Telephone Call to Bank; Conference with Mary Kurlansik; E-mail to Melissa | 1.10 | 440.00 | ARC |
|  | Memorandums to and from Alan R. Chase and City National; Telephone Call to Yaira; Send Check for Deposit | 0.30 | 54.00 | MK |
| Jul-22-16 | E-mail to and from Insurance Agent re: Status of Policy | 0.20 | 80.00 | ARC |
| Jul-29-16 | Telephone Call from Alan R. Chase; Memorandum to and from Bank | 0.20 | 36.00 | MK |
| Aug-01-16 | Execute and E-mail Form to Insurance Company | 1.00 | 400.00 | ARC |
| Aug-04-16 | Numerous E-mails to Insurance Agent re: Status of Policy; Review Policy; Execute Receipt | 1.20 | 480.00 | ARC |

Invoice #: Sample                    Page   2                              August 10, 2016

|  |  | 0.50 | 90.00 | MK |
|---|---|---|---|---|
|  | Telephone Call to Steve Goldin; Preparation of Check; Telephone Call from Alan R. Chase; Memorandums to Susan Simone | 0.50 | 90.00 | MK |
| Aug-05-16 | E-mails to and from Insurance Agent; E-mail to Jami Huber; Conference with Mary Kurlansik | 0.60 | 240.00 | ARC |
|  | Memorandums to and from Susan; Reconcile Bank Statement | 0.30 | 54.00 | MK |
|  | Totals | 7.40 | $2,498.00 |  |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Alan R. Chase | 5.30 | $400.00 | $2,120.00 |
| Mary W. Kurlansik | 2.10 | $180.00 | $378.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | $2,498.00 |
| Previous Balance | $2,197.00 |
| Previous Payments | $2,197.00 |
| **Balance Due Now** | $2,498.00 |
| **AMOUNT QUOTED:** | **$0.00** |

Melgen Family Escrow                                        August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

|                | File #: | 5063-21 |
|----------------|---------|---------|
| Attention:     | Inv #:  | Sample  |

RE:     Lual Investments, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-19-16 | Telephone Call to Matt Murphy | 0.20 | 80.00 | ARC |
| Jul-26-16 | Process Transfer from Schwab Account to Family Trust Account; Telephone Call to Matt Murphy; E-mail to Sal and Eddie re: Central Park | 0.90 | 360.00 | ARC |
| Jul-27-16 | Telephone Call to Schwab re: Wire Transfer | 0.30 | 120.00 | ARC |
|  | Totals | 1.40 | $560.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|--------|-------|----------------|--------|
| Alan R. Chase | 1.40 | $400.00 | $560.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$560.00** |
| Previous Balance | $218.75 |
| Previous Payments | $218.75 |
| **Balance Due Now** | **$560.00** |
| **AMOUNT QUOTED:** | **$0.00** |

Melgen Family Escrow

August 10, 2016

12096 Captain's Landing
North Palm Beach, Florida 33408-7403

Attention:

| File #: | 5063-23 |
| Inv #: | Sample |

RE:   Motions - Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-18-16 | E-mail to Nancy; E-mail to Robert Sondak; Conference with Robert Sondak re: Special Motion for Approval of Fees | 0.60 | 240.00 | ARC |
| Jul-22-16 | Review Revised Motion for Fees | 0.20 | 80.00 | ARC |
| | Review Billing Invoices and Draft Motion for Approval of Invoices | 0.50 | 200.00 | RS |
| Jul-25-16 | Final Review of Motion and Proposed Order re: Payment of Invoices | 0.25 | 100.00 | RS |
| Aug-10-16 | Process Payments | 0.30 | 120.00 | ARC |
| | Totals | 1.85 | $740.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|--------|-------|----------------|--------|
| Alan R. Chase | 1.10 | $400.00 | $440.00 |
| Robert Sondak | 0.75 | $400.00 | $300.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$740.00** |
| Previous Balance | $3,960.00 |
| Previous Payments | $3,960.00 |
| **Balance Due Now** | **$740.00** |
| **AMOUNT QUOTED:** | **$0.00** |

# Petruccelli & Osher, Attorneys At Law

5100 North Federal Highway
Suite 300B
Ft. Lauderdale, FL  33308
*TIN 81-0789002*

July 31, 2016

Billed through  07/31/2016          Bill Number  257
Our file #  0244   0001  MAP

Alan R. Chase
Cohen, Chase, Hoffman & Schimmel, P.A.
11011 Sheridan Street, Suite 113
Hollywood, FL  33026

DBPR v. Salomon Melgen, M.D. & Vitreo Retinal Consultants, P.A.
Our File No. 244-001

| | |
|---|---:|
| Balance forward as of invoice dated  06/30/2016 | $6,089.96 |
| Payments since last bill - Last | $4,368.96 |
| Accounts receivable balance carried | $1,721.00 |

## EXPENSES

| | | |
|---|---|---:|
| 07/12/2016 | POSTAGE | 7.78 |
| 07/14/2016 | PHIPPS, PHIPPS REPORTING; Invoice # 32895; COURT REPORTER SERVICES - Deposition of David Laven taken 12/4/15. | 1,242.27 |
| | | $1,250.05 |

# Petruccelli & Osher, Attorneys At Law

5100 North Federal Highway
Suite 300B
Ft. Lauderdale, FL 33308
*TIN 81-0789002*

July 31, 2016

Billed through  07/31/2016                    Bill Number  258
Our file #  0244   0002  MAP

Alan R. Chase
Cohen, Chase, Hoffman & Schimmel, P.A.
11011 Sheridan Street, Suite 113
Hollywood, FL 33026

LaSassa, James v. Salomon Melgen, M.D. & Vitreo Retinal Consultants, P.A.
Our File No. 244-002

| | |
|---|---:|
| Balance forward as of invoice dated  06/30/2016 | $25.00 |
| Payments since last bill - Last | $0.00 |
| | |
| Accounts receivable balance carried | $25.00 |

## PROFESSIONAL SERVICES

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2016 | MAP | Conference with Dr. Melgen and Kirk Ogrosky regarding investigative Complaint received from the Florida Department of Health. | 0.50 | 250.00 | 125.00 |
| 07/06/2016 | MAP | Preparation of correspondence and materials to Kirk Ogrosky regarding the Florida Department of Health. | 0.20 | 250.00 | 50.00 |
| 07/08/2016 | PMS | Reviewed file to see if anything needed to be done on the case. At this point in time, Plaintiff has not filed a complaint and no discovery has been done on the case. | 0.30 | 175.00 | 52.50 |
| 07/14/2016 | MAP | Preparation of correspondence to Sarah Corrigan regarding response to the Complaint being investigated by the Florida Department of Health. | 0.10 | 250.00 | 25.00 |
| 07/19/2016 | MAP | Review and analysis of the investigative file supplied to us by the DOH, including records and expert opinion report, to be sent to probable cause panel | 2.30 | 250.00 | 575.00 |

$827.50

## EXPENSES

| 0244 | 0002 | LaSassa v. Melgen, M.D,, et al | Invoice  258 | Page  2 |

| Date | Description | Amount |
|------|-------------|--------|
| 07/06/2016 | CD; 1 CD produced for the records from FDOH, in the matter of LaSassa. | 30.00 |
| | 1 | |
| 07/08/2016 | COPIES | 1.90 |
| | 19 | |
| 07/12/2016 | COPIES | 1.90 |
| | 19 | |
| 07/12/2016 | COPIES | 2.00 |
| | 20 | |
| 07/12/2016 | SCANS | 0.20 |
| | 2 | |
| 07/12/2016 | SCANS | 2.00 |
| | 20 | |
| 07/12/2016 | SCANS | 0.10 |
| | 1 | |
| 07/12/2016 | SCANS | 0.20 |
| | 2 | |
| 07/20/2016 | COPIES | 2.00 |
| | 20 | |
| 07/21/2016 | ATTELE, AT&T TELECONFERENCE SERVICES; Invoice # 607-007886; TELEPHONE CONFERENCE between Mr. Petruccelli, Kirk Ogrosky and Dr. Melgen regarding the investigative Complaint received from DOH. | 11.34 |

$51.64

## TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Petruccelli, Michael A | 3.10 hr | 250.00 | $775.00 |
| Schoenthal, Peter M | 0.30 hr | 175.00 | $52.50 |
| | 3.40 hr | | $827.50 |

## EXPENSE RECAP

| | |
|---|---|
| CD | $30.00 |
| Copy | $7.80 |

| 0244 | 0002 | LaSassa v. Melgen, M.D,, et al | Invoice  258 | Page  3 |
|------|------|------|------|------|

|  | Scans |  |  | $2.50 |
|  | Telephone Conference |  |  | $11.34 |
|  |  |  |  | $51.64 |

<u>Billing Summary</u>

| Total professional services |  | $827.50 |
| Total expenses incurred |  | $51.64 |

| Total of new charges for this bill |  | $879.14 |
| Plus net balance forward |  | $25.00 |

**Total balance now due**                              $904.14

| Fees Billed to date | $852.50 |
| Expenses Billed to date | $51.64 |

# Petruccelli & Osher, Attorneys At Law

5100 North Federal Highway
Suite 300B
Ft. Lauderdale, FL  33308

*TIN 81-0789002*

July 31, 2016

Billed through  07/31/2016                    Bill Number  259
Our file #  0244   0004  MAP

Alan R. Chase
Cohen, Chase, Hoffman & Schimmel, P.A.
11011 Sheridan Street, Suite 113
Hollywood, FL  33026

DOH v. Salomon Melgen, MD (Perlow, N., et als)
Our File No.: 0244-004 (formerly 0204-100)

## PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/12/2016 | MAP | Preparation of Respondent's Request for Hearing Involving Disputer Issues of Material Fact and Waiver of 45-day Deadline. | | | |
| | | | 0.10 | 230.00 | 23.00 |
| 07/12/2016 | MAP | Teleconference with Kirk Ogrosky regarding Department of Health Adminstrative Complaint. | | | |
| | | | 0.40 | 230.00 | 92.00 |
| 07/12/2016 | MAP | Receipt and review of adminstrative Complaint from the Florida Department of Health. | | | |
| | | | 0.80 | 230.00 | 184.00 |
| | | | | | $299.00 |

## EXPENSES

| Date | Description | | Amount |
|---|---|---|---|
| 07/15/2016 | COPIES | | 4.20 |
| | 42 | | |
| | | | $4.20 |

## TIMEKEEPER RECAP

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Petruccelli, Michael A | 1.30 hr | 230.00 | $299.00 |
| | 1.30 hr | | $299.00 |



From **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| | | Invoice For | **Dr. Salomon Melgen** |
|---|---|---|---|
| Invoice ID | **3193** | | 2521 Metro Centre Blvd. |
| PO Number | Melgen-Personal | | West Palm Beach, FL 33407 |
| Issue Date | 08/17/2016 | | |
| Due Date | 08/17/2016 (upon receipt) | | |
| Subject | Consulting Services for Billing Period Ending 7/31/2016 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-Personal - 07/11/2016 - Tax Return Analysis and Review / Luis O Rivera: Worked on tax return and item reconciliation | 0.50 | $250.00 | **$125.00** |

| | | |
|---|---|---|
| | **Amount Due** | **$125.00** |



From  **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| | | |
|---|---|---|
| Invoice ID | **3151** | |
| PO Number | Melgen-Personal | |
| Issue Date | 07/13/2016 | |
| Due Date | 07/13/2016 (upon receipt) | |
| Subject | Consulting Services for Billing Period Ending 6/30/2016 | |

Invoice For  **Dr. Salomon Melgen**
2521 Metro Centre Blvd.
West Palm Beach, FL 33407

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-Personal - 06/15/2016 - Meetings & Conferences / Luis O Rivera: Meeting in Cooper City with Attorneys J. Schimmell and A. Chase regarding personal tax returns issues with Mr. melgen and Spouse. | 2.50 | $250.00 | $625.00 |
| Consulting Services | Melgen-Personal - 06/27/2016 - Other / Luis O Rivera: Worked on gathering additional information/breakdown for Paladinore Pg 2 of 2014 return and attachments and 2012 audit trail Docs. and Email to attorney. | 1.00 | $250.00 | $250.00 |
| Consulting Services | Melgen-Personal - 06/29/2016 - Other / Luis O Rivera: Reviewed Innocent spouse Document for attorney and sent email with comments | 0.50 | $250.00 | $125.00 |

**Amount Due**    **$1,000.00**



From **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| | | Invoice For | |
|---|---|---|---|
| Invoice ID | **3192** | | **Dr. Salomon Melgen** |
| PO Number | Melgen-DRM, LLC | | 2521 Metro Centre Blvd. |
| Issue Date | 08/17/2016 | | West Palm Beach, FL 33407 |
| Due Date | 08/17/2016 (upon receipt) | | |
| Subject | Consulting Services for Billing Period Ending 7/31/2016 | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | Melgen-DRM, LLC - 07/08/2016 - Tax Return Analysis and Review / Luis O Rivera: Discuss tax Creturn with Attorney and other related matters to items to be reported on sale of airplane etc. Conducted additional research on reporting COD income | 2.00 | $250.00 | $500.00 |
| Consulting Services | Melgen-DRM, LLC - 07/11/2016 - Tax Return Analysis and Review / Luis O Rivera: Worked on tax return and item reconciliation | 0.50 | $250.00 | $125.00 |
| Consulting Services | Melgen-DRM, LLC - 07/18/2016 - Tax Return Analysis and Review / Debbie Phillips: Review tax return airplane sale and COD issues. Sent email to Luis on sues. | 0.50 | $200.00 | $100.00 |
| Consulting Services | Melgen-DRM, LLC - 07/18/2016 - Analysis of Records and Documents / Luis O Rivera: Analysis of COD income and applicable sections. review of work with staff. | 0.50 | $250.00 | $125.00 |
| Consulting Services | Melgen-DRM, LLC - 07/21/2016 - Tax Return Analysis and Review / Debbie Phillips: Reviewed information from attorney on COD. adjusted QB to remove assets and A/D. COD will go on VRC | 3.00 | $200.00 | $600.00 |
| Courtesy Discount | Courtesy Discount | 1.00 | -$300.00 | -$300.00 |

**Amount Due** $1,150.00



From **MRW Consulting Group, LLP**
320 Davie Boulevard
Fort Lauderdale, Florida 33315
Ph. (954) 523-8001
Fax (954) 523-8013

| | | |
|---|---|---|
| Invoice ID | **3197** | |
| PO Number | SFM Investments, Inc. | |
| Issue Date | 08/17/2016 | |
| Due Date | 08/17/2016 (upon receipt) | |
| Subject | Consulting Services for Billing Period Ending 7/31/2016 | |

Invoice For **Dr. Salomon Melgen**
2521 Metro Centre Blvd.
West Palm Beach, FL 33407

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Consulting Services | SFM Investments, Inc. - 07/11/2016 - Record review and analysis / Luis O Rivera: worked on tax return and item reconciliation | 0.50 | $250.00 | $125.00 |

**Amount Due**        **$125.00**