**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-80049-CR-MARRA/MATTHEWMAN**

**UNITED STATES OF AMERICA**

v.

**SALOMON E. MELGEN,**

    **Defendant.**

_____/

**GOVERNMENT'S MOTION TO STAY BOND ORDER**

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby moves to stay the Order on Defendant's Motion to Modify Conditions of Release (D.E. 173) to enable the United States to seek review of the order with Judge Marra. The United States shall file its appeal within 72 hours.

The United States has contacted counsel for the defendant who expressed opposition to this motion.

                                                                            Respectfully submitted,

                                                                            WIFREDO A. FERRER
                                                                            UNITED STATES ATTORNEY

By:    */s/ Roger H. Stefin*
        ROGER H. STEFIN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0287334
        roger.stefin@usdoj.gov

        */s/ Carolyn Bell*
        CAROLYN BELL
        ASSISTANT UNITED STATES ATTORNEY
        District Court No. A5500286
        carolyn.bell@usdoj.gov

2

*/s/ Alexandra Chase*
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
alexandra.chase@usdoj.gov

500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                          */s/ Roger H. Stefin*
                                          ROGER H. STEFIN
                                          Assistant United States Attorney