UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA

v.

SALOMON E. MELGEN,

    Defendant.
_____/

## ORDER RE: GOVERNMENT'S MOTION TO STAY BOND ORDER

Upon consideration of the motion of the United States to stay the Order on Defendant's Motion to Modify Conditions of Release (D.E. 173), it is hereby

ORDERED and ADJUDGED that the foregoing motion is granted. However, the stay will be lifted if the United States has not filed an appeal of said order within 72 hours.

DONE and ORDERED this \_\_\_\_ day of October 2016.

                                                                                     _____
                                                                                     JAMES M. HOPKINS
                                                                                     UNITED STATES MAGISTRATE JUDGE