UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SALOMON E. MELGEN,

        Defendant.
_____/

### ORDER DENYING MOTION TO REVOKE MAGISTRATE JUDGE'S ORDER

THIS CAUSE is before the Court upon Government's Motion to Revoke Amended Order on Defendant's Motion to Modify Conditions of Release [DE 177].  This Court having reviewed the pertinent portions of the record, Defendant's response [DE 178] and being duly advised in the premises, it is

ORDERED and ADJUDGED that the Motion is **DENIED**.  The findings of fact and conclusions of law of the Magistrate Judge's Amended Order on Defendant's Motion to Modify Conditions of Release [DE 173] are adopted and the order is hereby AFFIRMED.  Defendant's conditions of pretrial release are modified in accordance with the Magistrate Judge's Amended Order.

DONE and ORDERED in West Palm Beach, Florida, this 2nd day of November, 2016.

                                            KENNETH A. MARRA
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel