UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.  15-80049-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs

SALOMON E. MELGEN,

        Defendant.
_____/

## NOTICE OF FILING JURY QUESTIONS/NOTES TO THE COURT

Steven M. Larimore, Clerk of Court

*s/Irene Ferrante*
By: Irene Ferrante
Date: 4/28/17

CAN I come in Early (~8:15a) + Organize the Boxes of exhibits?

We will plan to come in + Deliberate Fr: 9:00A-5:00P.

4/26/17

ON Exhibit 2002-1
"Robert Bergen Review Summary

Please define the 1st Column on the Spread Sheet "Trial #"?

4/27/17

DEAR MEMBERS OF THE JURY,

TRIAL NUMBER (#) SIMPLY REFERS TO A REFERENCE NUMBER ASSIGNED TO PATIENTS

4/27/17 at 10:00 A.M

DAY 16 Thursday   4-6-2012

The Jury would like to see the transcripts for that day.

4/27/17

DEAR MEMBERS OF THE JURY:

   IN RESPONSE TO YOUR REQUEST FOR THE TRANSCRIPTS FOR THE TESTIMONY PRESENTED ON APRIL 6th, TRIAL DAY 16, I AM GOING TO ASK YOU TO RELY UPON YOUR RECOLLECTION OF THE TESTIMONY IN RENDERING YOUR VERDICT. THERE ARE A NUMBER OF REASONS FOR ME GIVING YOU THIS INSTRUCTION.

   FIRST, ONLY A PORTION OF THAT DAYS TESTIMONY HAS BEEN TRANSCRIBED, NOT THE ENTIRE DAY. SECOND, OF THE TESTIMONY FROM THAT DAY THAT HAS BEEN TRANSCRIBED, IT'S NOT ALL OF THAT WITNESS' TESTIMONY, SO YOU WOULD ONLY HAVE A PORTION OF THAT WITNESSES' TESTIMONY. THEREFORE, YOU MAY NOT BE ABLE TO PUT THE PORTION YOU RECEIVE IN PROPER CONTEXT. THIRD, IF YOU HAVE THE TRANSCRIPT OF ONE WITNESS' TESTIMONY, AND NOT THE REST, IT MAY CAUSE YOU TO PLACE GREATER EMPHASIS ON THAT WITNESS' TESTIMONY THAN ALL OF THE OTHER WITNESSES, JUST BECAUSE YOU HAVE IT IN THE JURY ROOM, AND NOT BECAUSE OF THE WEIGHT YOU BELIEVE THAT WITNESS' TESTIMONY SHOULD BE GIVEN.

                                                       [signature]
                                                       4/27/17  10:50 A.M.

In Count 48 (Lillie B.)
No Records of An A/B Scan Done on
This Date As listed on Pg 32
of the Indictment

Please Provide Clarification.
If 2 of 3 Are Agreed Upon
(counts) How do we Rule
on the Whole ~~Indictment~~ Count?

4/28/17

DEAR MEMBER OF THE JURY;

    YOU ARE REMINDED THAT THE INDICTMENT IS NOT EVIDENCE AND THAT IT CONTAINS ALLEGATIONS. IT IS UP TO YOU TO DETERMINE WHETHER ANY ALLEGATION HAS BEEN PROVEN BEYOND A REASONABLE DOUBT.

    IN ORDER TO FIND A CLAIM TO BE FALSE, YOU MUST UNANIMOUSLY AGREE THAT THE CLAIM IS MATERIALLY FALSE IN WHOLE OR PART, ON THE BASIS ALLEGED.

*[signature]*
4/28/17  12:57 P.M.

May we please have a copy of the three statutes referenced in the indictment

18 USC § 287 and 2
18 USC § 1035(a)(2) and 2
18 USC § 1347

Thanks,

4/28/17

Dear Members of the Jury,

As to your request for copies of the three statutes, all of the relevant information contained in those statutes are set forth in the jury instructions that have been given to you, and you should rely upon those instructions.

*[signed]* K——

4/28/17 at 11:54 A.M.

We Have Reached A Verdict.

4/28/17