UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SALOMON E. MELGEN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

|  | Exhibit Number | Description |
|---|---|---|
| 1. | 2-FA | FA and ICG images of Maria Alvarez |
| 2. | 3-FA | FA and ICG images of Joseph Angelone |
| 3. | 3-SB | Superbills re: Joseph Angelone |
| 4. | 3-SB-1 | Superbill 7/21/11 |
| 5. | 3-SB-2 | Superbill 10/13/11 |
| 6. | 18-FA | FA and ICG images of Anna Bean |
| 7. | 18-SB | Superbills re: Anna Bean |
| 8. | 18-SB-1 | Superbill 12/08/11 |
| 9. | 18-SB-2 | Superbill 01/24/13 |
| 10. | 22-FA | FA and ICG images of Samuel Belcher |
| 11. | 22-SB | Superbills re: Samuel Belcher |

|     | Exhibit Number | Description |
| --- | --- | --- |
| 12. | 22-SB-1 | Superbill 02/07/11 |
| 13. | 22-SB-2 | Superbill 01/02/13 |
| 14. | 22-SB-3 | Superbill 10/01/13 |
| 15. | 31-FA | FA and ICG images of Agnes Boyle |
| 16. | 31-SB | Superbills re: Agnes Boyle (redacted) |
| 17. | 31-SB-1 | Superbill 03/03/2011 |
| 18. | 31-SB-2 | Superbill 03/24/2011 |
| 19. | 34-FA | FA and ICG images of Lillie Brewer |
| 20. | 34-SB | Superbills re: Lillie Brewer |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney