UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SALOMON E. MELGEN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| | Exhibit Number | Description |
|---|---|---|
| 1. | 34-SB-1 | Superbill 11/11/10 |
| 2. | 34-SB-2 | Superbill 11/18/10 |
| 3. | 36-FA | FA and ICG images of John Brockman |
| 4. | 36-SB | Superbills re: John Brockman |
| 5. | 36-SB-1 | Superbill 03/16/10 |
| 6. | 36-SB-2 | Superbill 04/03/12 |
| 7. | 36-SB-3 | Superbill 01/22/13 |
| 8. | 36-SB-4 | Superbill 01/29/13 |
| 9. | 36-SB-5 | Superbill 04/23/13 |

2

| | **Exhibit Number** | **Description** |
|---|---|---|
| 10. | 36-SB-6 | Superbill 09/10/13 |

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                ACTING UNITED STATES ATTORNEY

By:    /s/ Alexandra Chase
        ALEXANDRA CHASE
        ASSISTANT UNITED STATES ATTORNEY
        District Court No. A5501746
        500 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        Tel: (561) 209-1011
        Fax: (561) 659-4526
        alexandra.chase@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney
