## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-80049-CR-MARRA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SALOMON E. MELGEN,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| | **Exhibit Number** | **Description** |
|---|---|---|
| 1. | 36-SB-7 | Superbill 10/08/03 |
| 2. | 37-FA | FA and ICG images of Maggie Bronson |
| 3. | 37-SB | Superbills re: Maggie Bronson |
| 4. | 37-SB-1 | Superbill 09/12/12 |
| 5. | 40-FA | FA and ICG images of Belle Budin |
| 6. | 40-SB | Superbills re: Belle Budin |
| 7. | 40-SB-1 | Superbill 07/13/12 |
| 8. | 40-SB-2 | Superbill 01/25/13 |
| 9. | 73-FA | FA and ICG images of Cassandra Dukes |

| Exhibit Number | | Description |
|---|---|---|
| 10. | 73-SB | Superbills re: Cassandra Dukes (redacted) |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney

2