## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-80049-CR-MARRA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SALOMON E. MELGEN,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### <u>NOTICE OF FILING OF TRIAL EXHIBITS</u>

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| | **Exhibit Number** | **Description** |
|---|---|---|
| 1. | 73-SB-1 | Superbill 04/13/11 |
| 2. | 73-SB-2 | Superbill 04/16/12 |
| 3. | 80-FA | FA and ICG images of Beverly Ferguson |
| 4. | 80-SB | Superbills re: Beverly Ferguson |
| 5. | 80-SB-1 | Superbill 08/01/12 |
| 6. | 80-SB-2 | Superbill 12/28/12 |
| 7. | 89-FA | FA and ICG images of Rovena Fulton |
| 8. | 89-SB | Superbills re: Rovena Fulton |
| 9. | 89-SB-1 | Superbill:  02/03/11 |

| | **Exhibit Number** | **Description** |
|---|---|---|
| 10. | 89-SB-2 | Superbill:  03/17/11 |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney