UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SALOMON E. MELGEN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| | Exhibit Number | Description |
|---|---|---|
| 1. | 129-SB-1 | Superbill: 03/24/11 |
| 2. | 129-SB-2 | Superbill: 01/12/12 |
| 3. | 129-SB-3 | Superbill: 03/14/13 |
| 4. | 129-SB-4 | Superbill: 06/13/13 |
| 5. | 129-SB-5 | Superbill: 12/12/13 |
| 6. | 136-FA | FA and ICG images of Norman Katz |
| 7. | 136-SB | Superbills re: Norman Katz |
| 8. | 136-SB-1 | Superbill: 02/26/10 |
| 9. | 136-SB-2 | Superbill: 07/07/10 |

| Exhibit Number | Description |
|---|---|
| 10. 136-SB-3 | Superbill: 02/16/11 |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney