UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
SALOMON E. MELGEN,          )
                            )
    Defendant.              )
_____ )

### NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

|     | Exhibit Number | Description |
| --- | --- | --- |
| 1.  | 136-SB-4 | Superbill: 02/25/11 |
| 2.  | 136-SB-5 | Superbill: 01/11/13 |
| 3.  | 140-FA   | FA and ICG images of Cecilia Kittle |
| 4.  | 140-SB   | Superbills re: Cecilia Kittle |
| 5.  | 140-SB-1 | Superbill: 01/13/11 |
| 6.  | 140-SB-2 | Superbill: 10/27/11 |
| 7.  | 151-FA   | FA and ICG images of Saundra Lanier |
| 8.  | 151-SB   | Superbills re: Saundra Lanier |
| 9.  | 151-SB-1 | Superbill: 05/16/12 |
| 10. | 151-SB-2 | Superbill: 01/16/13 |
| 11. | 151-SB-3 | Superbill: 01/23/13 |

| Exhibit Number | | Description |
|---|---|---|
| 12. | 154-FA | FA and ICG images of West Leland |
| 13. | 154-SB | Superbills re: West Leland |
| 14. | 154-SB-1 | Superbill: 03/01/12 |
| 15. | 193-FA | FA and ICG images of Lynda Needler |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney