**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-80049-CR-MARRA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SALOMON E. MELGEN,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**<u>NOTICE OF FILING OF TRIAL EXHIBITS</u>**

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

|  | Exhibit Number | Description |
|---|---|---|
| 1. | 193-SB | Superbills re: Lynda Needler |
| 2. | 193-SB-1 | Superbill:  01/19/12 |
| 3. | 193-SB-2 | Superbill:  01/26/12 |
| 4. | 193-SB-3 | Superbill: 12/05/13 |
| 5. | 194-FA | FA and ICG images of Milton Newman |
| 6. | 194-SB | Superbills re: Milton Newman |
| 7. | 194-SB-1 | Superbill: 03/11/11 |
| 8. | 194-SB-2 | Superbill: 03/16/11 |
| 9. | 199-FA | FA and ICG images of Jose Olan |
| 10. | 199-SB | Superbills re: Jose Olan |
| 11. | 199-SB-1 | Superbill: 02/17/11 |

| | Exhibit Number | Description |
|---|---|---|
| 12. | 199-SB-2 | Superbill: 02/24/11 |
| 13. | 199-SB-3 | Superbill: 12/15/11 |
| 14. | 202-FA | FA and ICG images of Efrain Ortega |
| 15. | 202-SB | Superbills re: Efrain Ortega (redacted) |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney