UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SALOMON E. MELGEN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| | Exhibit Number | Description |
|---|---|---|
| 1. | 4001 | 1997 EDI application |
| 2. | 4002 | 2004 EDI application |
| 3. | 4003 | 2013 EDI application (redacted) |
| 4. | 4004 | 2010 Medicare enrollment application (redacted) |
| 5. | 4005 | 2012 Revalidation enrollment application (redacted) |
| 6. | 4006 | January 14, 1997 Notice to Provider (redacted) |
| 7. | 4007 | April 30, 1997 Letter to VRC re: Results |
| 8. | 4008 | May 14, 1997 VRC Letter to Medicare re: Results |
| 9. | 4009 | March 11, 1998 Medicare Letter to VRC re: Results |

| Exhibit Number | Description |
|---|---|
| 10. 4010 | April 6, 1998 Medicare Letter to VRC with Refund Check |
| 11. 4011 | March 30, 2000 Rose & Associates Pleadings to Medicare re: 1997 Probe (redacted) |
| 12. 4012 | August 15, 2000 Letter from Medicare Hearing Officer to Rose and Associates re: 1997 Probe (Hearing and Decision) (redacted) |
| 13. 4013 | July 9, 2001 FCSO Letter to VRC re: Results of 2001 Probe (redacted) |
| 14. 4014 | August 21, 2001 FCSO Letter to VRC re: 2001 Probe Prepayment Review |
| 15. 4015 | November 12, 2001 FCSO Letter to VRC re: 2001 Probe Prepayment Review Suspension |
| 16. 4016 | January 11, 2005 Notice of 2005 Probe Review (redacted) |
| 17. 4017 | January 24, 2005 Melgen Signature Form |
| 18. 4018 | February 7, 2005 Melgen Letter re: Practice |
| 19. 4019 | March 2, 2005 Probe Review Results and Education |
| 20. 4020 | March 17, 2005 Summary of FCSO Call with VRC re 2005 Probe |
| 21. 4021 | March 21, 2005 FCSO Letter to VRC re: 2005 Probe Review Closing |
| 22. 4023 | July 3, 2007 Notice of 2007 Probe Review (redacted) |
| 23. 4024 | August 1, 2007 Melgen Letter re: Practice |
| 24. 4025 | August 16, 2007 FCSO Contact with VRC |

| **Exhibit Number** | **Description** | |
|---|---|---|
| 25. | 4026 | August 21, 2007 FCSO Contact with Melgen |

                        Respectfully submitted,

                        BENJAMIN G. GREENBERG
                        ACTING UNITED STATES ATTORNEY

By:   /s/ Alexandra Chase
       ALEXANDRA CHASE
       ASSISTANT UNITED STATES ATTORNEY
       District Court No. A5501746
       500 South Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1011
       Fax: (561) 659-4526
       alexandra.chase@usdoj.gov

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        /s/ Alexandra Chase
                        ALEXANDRA CHASE
                        Assistant United States Attorney