UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
SALOMON E. MELGEN,          )
                            )
    Defendant.              )
_____ )

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

|    | Exhibit Number | Description |
|----|---------------|-------------|
| 1. | 4027 | August 22, 2007 Probe Review Results and Education (redacted) |
| 2. | 4028 | September 10, 2007 FCSO Contact with VRC re: 2007 Probe Results |
| 3. | 4029 | September 10, 2007 FCSO Letter to VRC re: 2007 Probe Closing |
| 4. | 4040 | February 25, 2009 SGS to Melgen re: 2009 Lucentis Overpayment |
| 5. | 4041 | May 5, 2009 Genentech Letter to FCSO |
| 6. | 4042 | June 30, 2009 Letter re: 2009 Lucentis Probe Overpayment |
| 7. | 4043 | January 27, 2010 Closing Memo re: 2009 Lucentis Probe Overpayment |
| 8. | 4044 | August 23, 2013 Notice of Suspension to VRC |

| | Exhibit Number | Description |
|---|---|---|
| 9. | 4045 | October 29, 2013 VRC Payment Suspension Release |
| 10. | 4046 | 2014 Refund - Kermit Foster (redacted) |
| 11. | 4047 | 2014 Refund - Lynda Needler (redacted) |
| 12. | 4048 | LCDs - Avastin (Bevacizumab) 2008-2013 |
| 13. | 4049 | LCDs - Lucentis (Ranibizumab) 2008-2013 |
| 14. | 4050 | LCDs - Fluorescein Angiograms (FA) 2008-2013 |
| 15. | 4051 | LCDs - Indocyanine Green Angiography (ICG) 2008-2013 |
| 16. | 4052 | LCDs - Optical Coherence Tomography (OCT) 2008-2013 |
| 17. | 4053 | LCDs - A/B scans 2008-2013 |
| 18. | 4054 | LCDs - Extended Ophthalmoscopy 2008-2013 |
| 19. | 4055 | FCSO 2006 Article re: Documentation 2008-2013 |
| 20. | 4056 | FCSO 2007 Article re: Avastin 2008-2013 |
| 21. | 4057 | FCSO 2009 Article re: Lucentis 2008-2013 |
| 22. | 4058 | 2011 Overfill Regulation |
| 23. | 4059 | Benefit Policy Manual, Ch. 16, Sec. 10, General Exclusions from Coverage |
| 24. | 4061 | Program Integrity Manual Ch. 3, Sec. 3.6.2.1 Coverage and Reasonable and Necessary Criteria |

| Exhibit Number | | Description |
|---|---|---|
| 25. | 4062 | Claims Processing Manual, Ch. 30 Determining Provider Liability and Knowledge |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:  /s/ Alexandra Chase
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney

3