| SafeGuard Services LLC | Contract: | SafeGuard Services |
|---|---|---|
| | Task Order: | *ZONE7 ZPIC (Zone Program Integrity Contractor)* |
| | Document Name: | *Rationale* |
| | Document No: F-ZONE7-0042 | Version No: V03 |

## RATIONALE

| | |
|---|---|
| Investigator's Name: | Laurie Tepperberg |
| WMM Case #: | 3311292007004 |
| Date Opened: | November 29, 2007 |
| Date Closed: | 1-27-2010 |
| Provider Name: | Salomon Melgen, M.D. |
| Provider Street Address: | 2521 Metrocentre Blvd. |
| City, State, Zip Code: | West Palm Beach, Florida 33407 |
| Provider #: | 00403, 56172Z |
| Provider NPI: | 1871550996 |
| Provider UPIN: | A56931 |
| Provider Specialty: | Ophthalmologist |
| Group Affiliation: | Vitreo Retinal Consultants of the Palm Beaches |

Allegation: Provider was selected for post-payment review of the services billed to the Medicare program pursuant to 42 CFR §421.304. The decision to review the claims submitted to Medicare is based on the pattern of billing for Lucentis™. It was determined that aberrancies may exist regarding the billing of Lucentis™ for which we are authorized to review.

Investigation: This evidence includes the invoices for the purchases of Lucentis™ for 435 patients which were requested from the provider on July 15, 2008. The dates of service for the 435 patients were between February 1, 2007 and December 21, 2007 for which $5,138,601.38 was paid between February 14, 2007 and January 18, 2008. The invoices for the purchase of Lucentis™ for 546 patients were requested from the provider on January 27, 2009. The dates of service for the 546 patients were between January 2, 2008 and December 23, 2008 for which $5,858,914.11 was paid between January 21, 2008 and January 20, 2009.

We reviewed the claims for the following Healthcare Common Procedure Coding Systems (HCPCS) codes billed for Lucentis™ in 2008:

| Code | Description |
|---|---|
| J2778 | Injection, Ranibizumab, 0.1 mg |
| J3490 | Unclassified drugs |

*Document Control: The master copy of this document is stored at the location identified in the Document Control Master List. Any other copy, electronic or paper, is an uncontrolled copy and must be deleted or destroyed when it has served its purpose. Confidential Information: Use or disclosure of the data contained in this sheet is subject to restrictions of the applicable task orders for SafeGuard Services LLC.     SGS Internal.*

*T-PSC-0001 Blank (Portrait) Template V09 041305*

| | | |
|---|---|---|
| **SafeGuard Services LLC** | Contract: | **SafeGuard Services** |
| | Task Order: | *ZONE7 ZPIC (Zone Program Integrity Contractor)* |
| | Document Name: | *Rationale* |
| | Document No: F-ZONE7-0042 | Version No: V03 |

Our review indicates that the claims for these codes involves inappropriate administration and billing of the drug.

According to the drug manufacturer labeling specifications, *"Each vial should only be used for the treatment of a single eye. If the contralateral eye requires treatment, a new vial should be used..."* The labeling further states, *"Single-use glass vial designed to provide 0.05 ml of 10 mg/mL solution for intravitreal injection."* The preparation for administration instructions indicate that the entire contents of the vial (.2 ml) are to be withdrawn into a syringe and then the contents are to be expelled until the plunger tip is aligned with the 0.05 mL mark on the syringe. The recommended dosage for each eye is 0.5 mg or 0.05 ml; thus, the quantity billed on the claim should be "5" if the drug is administered according to the recommended dosage.

First Coast Service Options, Inc., (FCSO) the Part B contractor for Florida, established a Local Coverage Determination for Ranibizumab (Lucentis™) which reiterates the dosing and administration instructions outlined in the drug manufacturer labeling.

It is clear, based on the drug manufacturer labeling and the Local Coverage Determination, that a single dose vial of Lucentis™ should be administered to treat a single eye for one patient. Therefore, billing of Lucentis should represent the use of a single vial to treat one eye for one patient only.

The Medicare allowance for the drug is based on the Average Sale Price (ASP) as required by current regulations. The allowance for the drug is approximately $2030 when billed at 0.5 mg. This amount represents payment for the entire single dose vial of Lucentis™. The invoice price for a single dose vial is approximately $1950. According to the Medicare Benefit Policy Manual, Chapter 15, Section 50.3, *"The charge, if any, for the drug or biological must be included in the physician's bill, and the cost of the drug or biological must represent an expense to the physician."* If a vial is used and billed for 3 patients at 0.5 mg per patient, then a physician would be receiving approximately $6180 in reimbursement per vial. The physician is then overstating his expense for the drug when billing in this manner and is, therefore, overpaid.

Findings: Our review demonstrates that the provider billed for the administration of Lucentis™ for each of the patients at amounts equal to or slightly greater than the allowance for the drug. Because each vial was used to treat up to three patients and because the billed amount for each patient was equal to or greater than the allowance for

*Document Control: The master copy of this document is stored at the location identified in the Document Control Master List. Any other copy, electronic or paper, is an uncontrolled copy and must be deleted or destroyed when it has served its purpose. Confidential Information: Use or disclosure of the data contained in this sheet is subject to restrictions of the applicable task orders for SafeGuard Services LLC.* SGS Internal.

T-PSC-0001 Blank (Portrait) Template V09 041305

| SafeGuard Services LLC | Contract: | SafeGuard Services |
|---|---|---|
| | Task Order: | *ZONE7 ZPIC (Zone Program Integrity Contractor)* |
| | Document Name: | *Rationale* |
| | Document No: F-ZONE7-0042 | Version No: V03 |

the drug at 0.5 mg., the costs for the drug were overstated and the provider was, therefore, overpaid.

Based on the results of our review, it was determined that the provider was overpaid for claims billed for Lucentis™.

**Overpayment Summary:**

The following references were used as the basis for our review of the claims for Lucentis™:

- LCD for Ranibizumab (Lucentis™) (L26327) – issued by FCSO.
- CMS Publication 100-02, Medicare Benefit Policy Manual, Chapter 15, Section 50.3

To accurately determine the provider's expenses for obtaining Lucentis™ for administration to the patients, we required a comparison of all the invoices associated with the claims submitted. The review revealed that the provider administered the single use vial of Lucentis™ to as many as three patients per vial. Our review also revealed that the provider did not reduce the billed amount for each patient so that the amount allowed per patient would accurately reflect the cost or expense for obtaining each vial.

Based on the review, an overpayment amount for each claim has been determined and have totaled the claims to identify the overpayment. The enclosed spreadsheet provides a detailed explanation of the services allowed, reduced and denied. The **actual** overpayment determined is

| 2007 | J3490 | $3,118,821.91 |
|---|---|---|
| 2008 | J2778 | $5,862,692.51 |
| Total | | $8,981,514.42 |

Estimated Overpayment:     $8,981,514.42

Administrative Actions Considered/or Taken to Protect the Medicare Trust Fund: Overpayment for 2007 and 2008 calendar year.

*Document Control: The master copy of this document is stored at the location identified in the Document Control Master List. Any other copy, electronic or paper, is an uncontrolled copy and must be deleted or destroyed when it has served its purpose. Confidential Information: Use or disclosure of the data contained in this sheet is subject to restrictions of the applicable task orders for SafeGuard Services LLC.*     *SGS Internal.*

*T-PSC-0001 Blank (Portrait) Template V09 041305*

FCSO05924

| SafeGuard Services LLC | Contract: | SafeGuard Services |
|---|---|---|
| | Task Order: | *ZONE7 ZPIC (Zone Program Integrity Contractor)* |
| | Document Name: | *Rationale* |
| | Document No: F-ZONE7-0042 | Version No: V03 |

Provider Education:    Provided as part of the overpayment letter.

Program Vulnerability: Yes

Prepayment Edit: N/A

Payment Suspension: N/A

Provider Suspension: (Inactivation of provider number): N/A

Referral to Law Enforcement: N/A
FID#:
OIG#:

Overpayment Recovery:
(Should be considered on referrals if OIG does not object. Their objection must be sent to the ZPIC in writing).

FID Closure Entry Completed:        ☐ Yes         ☐ No

Resolution:  An onsite review was conducted of provider's place of business, an overpayment was calculated, a program vulnerability was issued as well as a fraud alert for the billing of Lucentis.

APPROVED: ☒ Yes     ☐ No

_____            _____
Fraud Manager/Designated Representative              Date

*Document Control: The master copy of this document is stored at the location identified in the Document Control Master List.  Any other copy, electronic or paper, is an uncontrolled copy and must be deleted or destroyed when it has served its purpose. Confidential Information: Use or disclosure of the data contained in this sheet is subject to restrictions of the applicable task orders for SafeGuard Services LLC.                                                                                SGS Internal.*

*T-PSC-0001 Blank (Portrait) Template V09 041305*

FCSO05925