UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| SALOMON E. MELGEN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Administrative Order 2016-70 and the Court's Order Granting Motion for Extension of Time (DE 352), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| | Exhibit Number | Description |
| --- | --- | --- |
| 1. | 4063 | Program Integrity Manual Ch. 13, Sec. 13.5 Content of LCDs |
| 2. | 4064 | Program Integrity Manual Ch. 13, Sec. 13.7 LCD Development Process |
| 3. | 4065 | Benefit Policy Manual , Ch. 15, Sec. 50.4 Approved Use of Drug |
| 4. | 4066 | Benefit Policy Manual, Ch. 15, Sec. 50.3 Expense to Physician |
| 5. | 4067 | Claims Processing Manual, Ch. 17, Sec. 20.1 ASP Methodology |
| 6. | 4068 | Claims Processing Manual, Ch. 17, Sec. 40 Discarded Drugs |
| 7. | 4069 | Program Integrity Manual, Ch. 3, Sec. 3.3.5 Corrections to Medical Records |

| | Exhibit Number | Description |
|---|---|---|
| 8. | 4070 | Medicare Allowance Summary |
| 9. | 6002 | Genentech Records |
| 10. | 6003 | Lucentis packaging and vial sample |
| 11. | 6006 | Besse Medical Records (redacted) |
| 12. | 6007 | Humana Records (redacted) |
| 13. | 6008A | Email correspondence between Carolina Lorenz and Rose & Associates |
| 14. | 6009 | OptumRX Records (redacted) |
| 15. | 8000 | Grand Jury Testimony (Excerpt) of Jacquline Forte |
| 16. | 10001 | Medicare Data for Indictment 30 (Angelone-Bronson) |
| 17. | 10001 | Medicare Data for Indictment 30 (Budin-Foster) |
| 18. | 10001 | Medicare Data for Indictment 30 (Griffith-Needler) |
| 19. | 10001 | Medicare Data for Indictment 30 (Newman-Silawsky) |
| 20. | 10002 | Chart Summary for Indictment 30 |
| 21. | 10004 | Lucentis Summary |
| 22. | 10005 | Peer Comparison Charts |

| Exhibit Number | Description |
|---|---|
| 23. 10006 | Summary of Indictment Counts |

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                ACTING UNITED STATES ATTORNEY

By:   /s/ Alexandra Chase
       ALEXANDRA CHASE
       ASSISTANT UNITED STATES ATTORNEY
       District Court No. A5501746
       500 South Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1011
       Fax: (561) 659-4526
       alexandra.chase@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                /s/ Alexandra Chase
                ALEXANDRA CHASE
                Assistant United States Attorney