# Lucentis Purchases and Medicare Payments

| YEAR | Number of Vials Purchased | Vendor | Amount Paid to Vendor | Number of J2778 Procedures Billed to Medicare | Amount Paid by Medicare to Melgen |
|---|---|---|---|---|---|
| 2008 | 910 | Besse | $1,774,500 | 5,543 | $8,425,252 |
| 2009 | 1425 | Besse | $2,778,750 | 6,404 | $9,023,761 |
| 2010 | 1400 | Besse and Genentech | $877,500 $1,817,350 | 6,236 | $9,457,304 |
| 2011 | 2200 | Genentech | $4,208,600 | 7,647 | $11,440,828 |
| 2012 | 2450 | Genentech | $4,662,350 | 7,682 | $11,683,842 |
| 2013 | 1710 | Genentech | $3,254,130 | 5,062 | $6,575,973 |
| TOTAL | 10,095 | | $19,373,180 | 38,579 | $56,606,960 |

**TOTAL PROFIT FROM LUCENTIS - $37,233,780**