

AO386-C
GOVERNMENT
EXHIBIT

CASE NO.   U.S. v. Melgen
15-80049-CR-KAM

EXHIBIT NO.   10005

# Charts Peer Comparison

# Charts Peer Comparison

# FAs – Procedure Code 92235



*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

3



**Provider Peer Comparison – Florida**
**FAs- Procedure Code 92235 – Total Claims**
Dates of Service 2008 to 2013

Median = 2,194 Claims

Melgen = 52,673 Claims

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

4

# ICG – Procedure Code 92240



### Provider Peer Comparison – National
### ICGs- Procedure Code 92240 – Total Claims
Dates of Service 2008 to 2013



Median = 15 total claims

Melgen = 52,111 total claims

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients  between 2008 and 2013.*

6



## Provider Peer Comparison – Florida
## ICGs- Procedure Code 92240 – Total Claims
### Dates of Service 2008 to 2013

Median = 33 total claims

Melgen = 52,111 claims

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients  between 2008 and 2013.*

7

# Lucentis – Procedure Code J2778



N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.



### Provider Peer Comparison – Florida
### Lucentis- Procedure Code J2778 – Total Claims
**Dates of Service 2008 to 2013**

Median – 2,783 claims

Melgen – 28,514 claims

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

10

# Ultrasound A/B Scan-
# Procedure Code - 76510

# Provider Peer Comparison – National
## Ultrasound A/B - Procedure Code 76510 - Total Claims to Medicare
### Dates of Service 2008 to 2013



Number of Providers Billed Medicare for Ultrasounds A/B – 215

Median – 13 claims

Melgen – 14,642claims

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

12



### Provider Peer Comparison – Florida
### Ultrasound A/B - Procedure Code 76510 - Total Claims to Medicare
#### Dates of Service 2008 to 2013

Number of Providers Billed
Medicare for Ultrasounds A/B – 23

Median – 31 claims

Melgen – 14,642 claims

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

13

# Focal Laser – Procedure Code 67220

# Provider Peer Comparison – National
## Focal Laser- Procedure Code 67220– Total Claims to Medicare
### Dates of Service 2008 to 2013



Number of Providers Submitted Focal Laser Claims to Medicare - 721

Median – 9 claims

Melgen – 12,500 claims

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

15



## Provider Peer Comparison – Florida
### Focal Lasers- Procedure Code 67220– Total Claims to Medicare
**Dates of Service 2008 to 2013**

Number of Providers Submitted Claims to Medicare – 89

Median – 12 claims

Melgen – 12,500 claims

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

16

# Amounts Paid Per Procedure



*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

## Top 10 Providers
## Provider Peer Comparison – National
## FAs- Procedure Code 92235
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | Total Patients | 92235 - Total Patients | 92235 - Total Claims | 92235 - Total billed | 92235 - Total paid |
|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | 2,304 | 2,281 | 52,673 | $15,958,476.37 | $10,247,118.71 |
| 1922021195 | *** | 6,981 | 5,590 | 25,410 | $14,587,033.38 | $4,870,839.52 |
| 1922087766 | *** | 4,923 | 4,410 | 20,323 | $9,824,305.44 | $4,272,942.19 |
| 1992774590 | *** | 4,489 | 3,440 | 19,913 | $10,073,100.97 | $3,259,127.94 |
| 1306806641 | *** | 6,050 | 3,850 | 16,369 | $6,190,799.56 | $2,938,463.21 |
| 1437184298 | *** | 3,774 | 3,072 | 14,041 | $6,525,320.00 | $2,751,772.82 |
| 1861468530 | *** | 3,593 | 2,466 | 16,530 | $5,289,674.22 | $2,632,007.75 |
| 1912968496 | *** | 6,103 | 4,392 | 13,483 | $7,727,383.02 | $2,627,948.22 |
| 1972550622 | *** | 5,398 | 3,565 | 13,593 | $7,978,817.44 | $2,583,990.00 |
| 1831192954 | *** | 11,476 | 7,004 | 16,039 | $3,705,257.18 | $2,583,548.10 |

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

19



## Provider Peer Comparison – Florida
## FAs- Procedure Code 92235 – Total Paid by Medicare
### Dates of Service 2008 to 2013

Median = $279,327

Melgen = $10,247,118

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients  between 2008 and 2013.*

20

## Top 10 Providers
## Provider Peer Comparison – Florida
## FAs- Procedure Code 92235

### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | Total Patients | 92235 - Total Patients | 92235 - Total Claims | 92235 - Total billed | 92235 - Total paid |
|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | 2,304 | 2,281 | 52,673 | $15,958,476.37 | $10,247,118.71 |
| 1922021195 | *** | 6,981 | 5,590 | 25,410 | $14,587,033.38 | $4,870,839.52 |
| 1306806641 | *** | 6,050 | 3,850 | 16,369 | $6,190,799.56 | $2,938,463.21 |
| 1972550622 | *** | 5,398 | 3,565 | 13,593 | $7,978,817.44 | $2,583,990.00 |
| 1831192954 | *** | 11,476 | 7,004 | 16,039 | $3,705,257.18 | $2,583,548.10 |
| 1801883822 | *** | 5,310 | 3,368 | 12,720 | $4,778,561.72 | $2,242,885.37 |
| 1861455529 | *** | 5,419 | 3,495 | 10,887 | $3,265,950.00 | $2,165,092.31 |
| 1578553574 | *** | 2,940 | 2,250 | 10,990 | $4,672,997.76 | $1,695,781.81 |
| 1548362833 | *** | 2,186 | 1,627 | 9,013 | $3,499,089.50 | $1,434,450.06 |
| 1669479325 | *** | 3,357 | 2,089 | 9,104 | $2,808,335.00 | $1,383,205.37 |

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients  between 2008 and 2013.*



## Provider Peer Comparison – National
## ICGs- Procedure Code 92240 – Total Paid Amount
### Dates of Service 2008 to 2013

Median = $3,678 total paid

Melgen = $16,875,587 paid

N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.

22

# Top 10 Providers
## Provider Peer Comparison – National
### ICGs - Procedure Code 92240
**Dates of Service 2008 to 2013**

| Rendering NPI | Provider name | State | 92240 - Total Patients | 92240 - Total Claims | 92240 - Total billed | 92240 - Total paid |
|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | FL | 2,260 | 52,111 | $34,096,786.54 | $16,875,587.94 |
| 1992774590 | *** | TX | 895 | 7,561 | $5,004,683.34 | $1,592,724.14 |
| 1609848969 | *** | CA | 971 | 3,153 | $2,656,296.00 | $1,031,123.94 |
| 1477573319 | *** | CA | 1,064 | 2,524 | $1,535,309.18 | $909,826.96 |
| 1417953654 | *** | NC | 822 | 5,398 | $2,005,286.00 | $904,700.03 |
| 1407840515 | *** | OK | 1,108 | 3,130 | $2,858,480.00 | $863,742.91 |
| 1366498545 | *** | VA | 543 | 3,530 | $2,181,525.00 | $839,907.52 |
| 1629177241 | *** | CA | 941 | 2,830 | $1,578,300.00 | $763,577.74 |
| 1043274111 | *** | HI | 993 | 2,802 | $2,298,220.00 | $745,250.89 |
| 1992790182 | *** | IL | 580 | 2,546 | $2,391,383.01 | $661,067.15 |

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

23



# Provider Peer Comparison – Florida
## ICGs- Procedure Code 92240 – Total Paid Amount
### Dates of Service 2008 to 2013

Median = $6,050

Melgen = $16,875,587

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

## Top 10 Providers
## Provider Peer Comparison – Florida
## ICGs - Procedure Code 92240
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | 92240 - Total Patients | 92240 - Total Claims | 92240 - Total billed | 92240 - Total paid |
|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | 2,260 | 52,111 | $34,096,786.54 | $16,875,587.94 |
| 1578553574 | *** | 648 | 2,358 | $1,451,324.88 | $525,290.86 |
| 1417967258 | *** | 732 | 2,379 | $770,006.89 | $515,090.41 |
| 1831192954 | *** | 1,709 | 2,296 | $732,661.73 | $505,730.69 |
| 1922021195 | *** | 804 | 1,117 | $671,738.51 | $261,755.85 |
| 1790784270 | *** | 128 | 670 | $261,021.42 | $181,719.23 |
| 1861455529 | *** | 200 | 393 | $275,450.00 | $119,686.59 |
| 1649280553 | *** | 202 | 612 | $160,360.27 | $117,514.57 |
| 1649265638 | *** | 376 | 548 | $162,689.00 | $101,949.99 |
| 1548362833 | *** | 218 | 421 | $261,575.00 | $81,091.12 |

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims
and >2,000 total Medicare patients  between 2008 and 2013.*

## Provider Peer Comparison – National
## Lucentis- Procedure Code J2778 – Total Paid
### Dates of Service 2008 to 2013



Median - $3,030,041 paid
Melgen - $57,371,547 paid

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

26

# Top 10 Providers
## Provider Peer Comparison – National
## Lucentis - Procedure Code J2778
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | Total Patients | J2778 - Total Patients | J2778 - Total Claims | J2778 - Total billed | J2778 - Total paid |
|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | 2,304 | 1,469 | 28,514 | $87,153,001.62 | $57,371,547.69 |
| 1033116074 | *** | 5,495 | 1,066 | 18,817 | $43,489,591.45 | $33,688,342.35 |
| 1093710741 | *** | 5,057 | 1,092 | 20,463 | $56,567,001.40 | $32,238,054.09 |
| 1538162151 | *** | 6,353 | 1,030 | 20,763 | $41,769,573.12 | $31,989,340.97 |
| 1124010913 | *** | 4,703 | 1,275 | 17,523 | $47,817,640.00 | $29,240,939.84 |
| 1760421929 | *** | 4,149 | 850 | 17,747 | $92,380,000.00 | $28,538,157.65 |
| 1922021195 | *** | 6,981 | 1,344 | 14,505 | $61,889,410.80 | $24,442,294.76 |
| 1467409383 | *** | 3,710 | 1,094 | 14,273 | $39,567,840.00 | $24,280,763.94 |
| 1033101860 | *** | 3,076 | 671 | 14,882 | $38,578,280.00 | $23,660,184.78 |
| 1497726103 | *** | 6,067 | 1,043 | 14,506 | $40,541,300.00 | $22,448,029.47 |

## Provider Peer Comparison – Florida
## Lucentis- Procedure Code J2778 – Total Paid
### Dates of Service 2008 to 2013



*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

28

## Top 10 Providers
## Provider Peer Comparison – Florida
## Lucentis- Procedure Code J2778
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | Total Patients | J2778 - Total Patients | J2778 - Total Claims | J2778 - Total billed | J2778 - Total paid |
|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | 2,304 | 1,469 | 28,514 | $87,153,001.62 | $57,371,547.69 |
| 1922021195 | *** | 6,981 | 1,344 | 14,505 | $61,889,410.80 | $24,442,294.76 |
| 1205881976 | *** | 4,955 | 830 | 14,828 | $30,251,899.60 | $22,440,241.08 |
| 1598762981 | *** | 3,483 | 665 | 10,114 | $27,054,444.05 | $18,147,671.36 |
| 1356304745 | *** | 2,737 | 912 | 11,093 | $47,101,490.00 | $17,395,500.07 |
| 1518910280 | *** | 3,892 | 720 | 9,396 | $39,847,252.00 | $16,911,353.40 |
| 1790744746 | *** | 7,226 | 1,191 | 10,198 | $29,577,200.00 | $15,984,921.99 |
| 1164468211 | *** | 5,441 | 1,046 | 9,754 | $36,748,659.40 | $15,975,320.33 |
| 1063489383 | *** | 7,065 | 710 | 11,598 | $51,900,126.57 | $15,018,365.41 |
| 1881661585 | *** | 6,660 | 619 | 10,387 | $46,133,769.21 | $13,273,062.24 |

29



**Provider Peer Comparison – National**
**Ultrasound A/B - Procedure Code 76510 - Total Amount Paid by Medicare**
Dates of Service 2008 to 2013

Number of Providers Billed Medicare for Ultrasounds A/B – 215

Median - $1,411

Melgen - $3,732,168

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

30

# Top 10 Providers
## Provider Peer Comparison – National
## Ultrasound A/B - Procedure Code 76510
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | State | Total Patients | 76510 - Total Patients | 76510 - Total Claims | 76510 - Total billed | 76510 - Total paid |
|---|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | FL | 2304 | 2165 | 14642 | $5,515,494.52 | $3,732,168.73 |
| ******1441 | *** | FL | 4677 | 620 | 806 | $274,140.00 | $136,113.86 |
| ******3639 | *** | TX | 5059 | 404 | 1056 | $426,400.00 | $132,951.22 |
| ******7241 | *** | CA | 2913 | 204 | 643 | $175,458.00 | $90,538.26 |
| ******9747 | *** | CA | 2476 | 133 | 401 | $133,694.00 | $61,897.36 |
| ******4101 | *** | CA | 6558 | 149 | 404 | $113,733.49 | $54,872.38 |
| ******2265 | *** | IL | 3437 | 158 | 353 | $189,188.00 | $51,664.52 |
| ******5326 | *** | SC | 2030 | 163 | 379 | $135,632.00 | $50,020.17 |
| ******9115 | *** | MO | 2758 | 192 | 303 | $129,830.00 | $41,475.54 |
| ******3396 | *** | VA | 3250 | 194 | 325 | $340,000.00 | $34,565.75 |

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

51

## Provider Peer Comparison – Florida
## Ultrasound A/B - Procedure Code 76510 - Total Amount Paid

### Dates of Service 2008 to 2013



Number of Providers Billed Medicare for Ultrasounds A/B – 23

Median - $4,207

Melgen - $3,732,168

**Amount Paid in Dollars**

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

32

## Top 10 Providers
## Provider Peer Comparison – Florida
## Ultrasound A/B - Procedure Code 76510
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | State | Total Patients | 76510 - Total Patients | 76510 - Total Claims | 76510 - Total billed | 76510 - Total paid |
|---|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | FL | 2,304 | 2,165 | 14,642 | $5,515,494.52 | $3,732,168.73 |
| ******1441 | *** | FL | 4,677 | 620 | 806 | $274,140.00 | $136,113.86 |
| ******4745 | *** | FL | 2,737 | 92 | 238 | $77,895.00 | $31,263.20 |
| ******4422 | *** | FL | 3,252 | 104 | 148 | $63,790.00 | $29,620.15 |
| ******0553 | *** | FL | 2,274 | 103 | 164 | $34,714.79 | $24,742.39 |
| ******6641 | *** | FL | 6,050 | 84 | 147 | $53,808.74 | $24,492.93 |
| ******4746 | *** | FL | 7,226 | 69 | 167 | $48,186.56 | $21,983.63 |
| ******9325 | *** | FL | 3,357 | 54 | 85 | $20,264.00 | $10,883.02 |
| ******2793 | *** | FL | 2,286 | 46 | 72 | $23,545.00 | $9,402.94 |
| ******3822 | *** | FL | 5,310 | 34 | 66 | $19,306.00 | $9,097.04 |

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

# Provider Peer Comparison – National
## Focal Lasers - Procedure Code 67220– Total Paid by Medicare
### Dates of Service 2008 to 2013



Number of Providers Submitted Focal Laser Claims to Medicare - 721

Median - $6,061

Melgen - $8,430,107

*N=899 Providers – Represents Specialty 18 (Ophthalmologists) with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

34

# Top 10 Providers
## Provider Peer Comparison – National
## Focal Lasers - Procedure Code 67220
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | State | Total Patients | 67220 - Total Patients | 67220 - Total Claims | 67220 - Total billed | 67220 - Total paid |
|---|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | FL | 2,304 | 1,331 | 12,500 | $14,271,038.67 | $8,430,107.41 |
| 1912968496 | *** | CA | 6,103 | 426 | 1,028 | $2,286,710.00 | $660,329.06 |
| 1861468530 | *** | TX | 3,593 | 403 | 558 | $881,082.00 | $379,488.45 |
| 1922021195 | *** | FL | 6,981 | 284 | 449 | $979,931.34 | $302,042.51 |
| 1609994441 | *** | IL | 3,059 | 283 | 421 | $369,293.36 | $281,973.57 |
| 1285678029 | *** | SC | 3,222 | 246 | 419 | $932,987.00 | $221,125.52 |
| 1760476964 | *** | TX | 6,451 | 241 | 317 | $743,249.00 | $193,300.53 |
| 1679541973 | *** | IA | 3,539 | 247 | 319 | $480,000.00 | $185,577.95 |
| 1790764025 | *** | NC | 3,669 | 212 | 283 | $551,050.00 | $183,250.06 |
| 1992799191 | *** | OH | 4,713 | 194 | 246 | $428,838.00 | $158,894.93 |

# Provider Peer Comparison – Florida
## Focal Lasers- Procedure Code 67220– Total Paid by Medicare
### Dates of Service 2008 to 2013



**Number of Providers Submitted Claims to Medicare – 89**

**Median – $7,974 paid**

**Melgen - $8,430,107**

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*

36

## Top 10 Providers
## Provider Peer Comparison – Florida
## Focal Lasers - Procedure Code 67220
### Dates of Service 2008 to 2013

| Rendering NPI | Provider name | Total Patients | 67220 - Total Patients | 67220 - Total Claims | 67220 - Total billed | 67220 - Total paid |
|---|---|---|---|---|---|---|
| 1245298371 | Salomon Melgen | 2,304 | 1,331 | 12,500 | $14,271,038.67 | $8,430,107.41 |
| 1922021195 | *** | 6,981 | 284 | 449 | $979,931.34 | $302,042.51 |
| 1548362833 | *** | 2,186 | 115 | 172 | $251,925.00 | $123,317.85 |
| 1578553574 | *** | 2,940 | 93 | 152 | $259,397.20 | $95,675.60 |
| 1063489383 | *** | 7,065 | 110 | 133 | $266,361.46 | $82,280.25 |
| 1669479325 | *** | 3,357 | 94 | 133 | $158,828.00 | $80,897.77 |
| 1497714422 | *** | 3,252 | 58 | 88 | $144,488.00 | $63,209.62 |
| 1245298223 | *** | 3,281 | 78 | 93 | $131,712.00 | $59,215.33 |
| 1083606198 | *** | 2,311 | 72 | 83 | $148,799.00 | $57,881.71 |
| 1194782508 | *** | 3,539 | 67 | 76 | $107,156.00 | $51,370.74 |

*N=101 Providers – Represents Specialty 18 (Ophthalmologists) in Florida with Medicare Billing for Procedure Code J2778 >500 Claims and >2,000 total Medicare patients between 2008 and 2013.*