UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

v.

SALOMON E. MELGEN,

        Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Dr. Salomon Melgen, by and through his undersigned counsel, respectfully requests that the Court continue the Sentencing which is currently set for August 11, 2017, until December 4th through 6th of 2017.

The parties in this matter have conferred and agree that the sentencing in this matter is likely to take more than one day.  Given the pending trial in the District of New Jersey and the schedules of counsel, Dr. Melgen requests that the sentencing be continued until after the trial in the District of New Jersey is concluded.  After consultation with the prosecution, all parties agree that a continuance is merited.

Respectfully submitted,

 /s/Matthew Menchel

| | |
|---|---|
| Matthew I. Menchel, FL Bar No. 12043 | Kirk Ogrosky (*pro hac vice*) |
| Josh I. Sheptow, FL Bar No. 108113 | Murad Hussain (*pro hac vice*) |
| KOBRE & KIM LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 201 South Biscayne Boulevard, Ste. 1900 | 601 Massachusetts Avenue, N.W. |
| Miami, FL 33131 | Washington, D.C.  20001 |
| (305) 967-6108 (tel) | (202) 942-5330 (tel) |
| (305) 976-6128 (fax) | (202) 942-5999 (fax) |
| Matthew.Menchel@kobrekim.com | Kirk.Ogrosky@apks.com |
| | Murad.Hussain@apks.com |

*Counsel for Dr. Salomon Melgen*

August 10, 2017

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties.

 /s/  Matthew I. Menchel
**KOBRE & KIM LLP**

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Southern District of Florida Local Rule 88.9, counsel have conferred in a good faith effort to resolve the issues raised in Dr. Salomon Melgen's Motion to Continue the Sentencing and all parties consent to continuance.

 /s/  Matthew I. Menchel
**KOBRE & KIM LLP**