*15 CR 80049 KAM*

January 6, 2018

25 Rabbits Run
Palm Beach Gardens, FL
33418

FILED by ___ D.C.

JAN 0 9 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – W.P.B.

Senior Judge Kenneth A. Marra
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
Courtroom #4, Chambers 316
West Palm Beach, Florida 33401

Dear Judge Marra:

I read an article in the January 5, 2018, edition of The Palm Beach Post that noted that Dr. Melgen was requesting "mercy" in your forthcoming sentencing decision. I believe that being "merciful" to this profoundly evil man would be an injustice.

By way of background, I am a seventy-seven-year-old insulin dependent diabetic. I have my eyes checked regularly for the onset of and possible treatment of macular degeneration. In July 2011, I had my eyes checked by a New Jersey retina specialist. He found no evidence of macular degeneration or any other eye issue. He did suggest, given my advancing years, that I get my eyes checked during my Florida snowbird visits.

While in Florida, I met with Dr. Melgen on January 9, 2012. He told me then that my eyes required extensive laser treatments and drug injections into my eyeballs. I underwent such treatments on January 9, 11, and 17, and was scheduled for additional treatments several days later. Given my lack of any prior eye issues, I decided to secure a second opinion regarding the condition of my eyes. On January 19 and on May 17, 2012, I was examined Drs. Fortun and Dugar of the Bascom Palmer Eye Institute. Both doctors are affiliated with the University of Miami medical school. Both doctors told me that my eyes were in good condition other than the scratching caused by Dr. Melgen's laser treatments, and that they could not detect any evidence of macular degeneration.

There is no question that Dr. Melgen subjected me to unnecessary and intrusive treatment. I was scheduled to have such additional torture after my January 17 visit, yet two days later two retina specialists could not find nothing wrong with my eyes. Dr. Melgen abused me and billed Medicare, Aetna Insurance, and me more than $12,000.00 for these unnecessary treatments.

I believe that Dr. Melgen deserves a very hot place in hell. That sentence is not yours to give; however, Dr. Melgen is richly deserving of the maximum sentence under the law.

Respectfully,

Jerome E. Luecke

LUECKE
25 RABBITS RUN
PALM BEACH GARDENS, FL
33418

WEST PALM BEACH FL 334
05 JAN 2018 PM 1 L

SENIOR JUDGE KENNETH A. MARRA
PAUL G. ROGERS FEDERAL BUILDING & U.S. COURTHOUSE
701 CLEMATIS ST.
COURTROOM #4 CHAMBERS 316
WEST PALM BEACH, FL 33401

33401-S11131