UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SALOMON E. MELGEN,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Magistrate Judge's Report and Recommendation on Referred Escrow Issues **[DE 460]**. The Court has considered the Report and Recommendation, pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **AFFIRMED**. The $150,000 used to secure the Defendant's New Jersey bond is owned by the Defendant and his wife as Tenants By the Entireties.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 12th day of January, 2018.

                                        KENNETH A. MARRA
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel