UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80049-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SALOMON E. MELGEN,

        Defendant.
_____/

## ORDER GRANTING MOTION TO MODIFY JUDGMENT

THIS CAUSE is before the Court upon the Government's Motion to Modify Judgment [DE 537]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED for the additional restitution amount of $10,436,237.00. The court will enter an Amended Judgment and Commitment Order.

DONE and ORDERED in West Palm Beach, Florida, this 5th day of April, 2018.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel