October 19, 2019

US District Court - Southern District
400 North Miami Ave.
8th Floor Finance/Restitutions Department
Miami, FL 33128

15-80049-CR-Marra

FILED BY ____ D.C.

OCT 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: DFLS915CR080049. USA v. Melgen
Case Name - Mildred Adams

To Whom it May Concern:

I am Nancy Ellery, daughter and Personal Representative for my Mother, Mildred Adams, who passed away on October 30, 2018.

I received two checks from the US Treasury Department as victim restitution in the US v Melgen Case. One was for $358.52 received on March 6, 2019. I returned the original of this check with a letter to Roger Stefin (US Attorney Office) dated 3/18/19. I submitted documentation to Danielle Croke on 4/23/19 and she provided instructions for having this check re-issued in my name.

I have not done that yet but have since received another check for $84.48. I am including this original check with this letter. After calling the phone number on the check and speaking to Hozac, he advised me that this completes the restitution in my Mother's case.

I am requesting that the total restitution in the amount of $443.00 be re-issued in my name. As you can see in the attached letter from my Mother dated June 20, 2017, it was her intent to reimburse me for the transportation I provided her over the years she saw Dr. Melgen.

I have included the following documentation to support this request to re-issue the check in my name:

1) Death Certificate for Mildred Adams
2) Will of Mildred Adams and obituary showing my Father, Richard L. Adams passed before my Mother
3) Letter from Mildred Adams dated 6/20/2017 requesting restitution. This claim was reduced by the US Attorney office to only reflect the transportation costs ($442.75) that I incurred and documented
4) Letter to Roger Stefin dated 3/18/19 returning first check of $358.52 (copy attached).
5) Original and copy of second check of $84.48 I recently received.

I would like the check for $443.00 re-issued in my name, Nancy Ellery, and mailed to 4559 NW Indian Oak CT, Jensen Beach, FL. 34957. My phone number is 406-431-5511. I incurred the transportation expenses and was my Mom's Health Care POA and Personal Representative in her will. If it is necessary to issue separate checks to other family members included in her will, I have provided their names and addresses.

As I have repeatedly said in my phone calls and letters to the US Attorney's Office, I am deeply appreciative of all the work done by everyone who successfully pursued this case.

Sincerely,

Nancy Ellery



Jack and Nancy Ellery
4559 NW Indian Oak CT
Jensen Beach, FL 34957

**UNITED STATES POSTAL SERVICE** — Retail

**P**   US POSTAGE PAID   **$7.35**
Origin: 34957
10/21/19
1144700410-26

PRIORITY MAIL 1-DAY ®

0 Lb 3.40 Oz
1006

EXPECTED DELIVERY DAY: 10/22/19

C075

SHIP TO:
400 N MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING NUMBER



9505 5163 4652 9294 3234 07

US District Court — South[ern]
400 North Miami Avenue
8th Floor Finance/Restitutions D[ept]
Miami FL 33128

USMS INSPECTED
By _____

